U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
JUL 20 2011
CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                         PLAINTIFF

v.                             Case No. 11-3057

LEGAL AID OF ARKANSAS                                   DEFENDANT

## COMPLAINT

Comes now, pro se Plaintiff David Stebbins, who respectfully submits the following complaint for discrimination in violation of Title III of the Americans with Disabilities Act against Legal Aid of Arkansas, a pro bono law firm headquartered at the below address:

816 N Main Street
Suite B.
Harrison, AR 72601

The Defendant is considered to be a place of public accommodation, because it is a law firm. See 42 U.S.C. § 12181(7)(F).

I have Asperger Syndrome, a disability that makes it difficult for me to anticipate when my words or actions may offend someone. Usually, the best reasonable accommodations that can be provided by an entity who is bound by the ADA is to look the other way when I say something that might have offended that person.

I was a repeat client with the Defendant, and used them extensively for state law concerns.

Upon signing up for the Defendant's services some time in mid February 2011 (I do not remember the exact date), I sent them a fax informing them of my Asperger Syndrome, and seeking reasonable modifications in policies, as required by Title III of the Americans with Disabilities Act. The Defendant did not follow up by requesting proof of this disability, and so, I reasonably assumed that the Defendant trusted me and believed me that I have Asperger Syndrome.

On June 19, 2011, I sent the Defendant a fax, asking them to take a case. Apparently, I said something that offended the managing attorney, because, on June 21, 2011, I received a letter from the

Michael Loggains, the managing attorney for the Defendant, stating that, not only was he not taking my case, but that I would receive no further legal assistance from the Defendant on any matter. Even to this day, I do not know what it was that offended him so much.

On June 22, 2011, I sent Mike Loggains an email, insisting that he reinstate me into his clientel, immediately. To this day, he never responded.

If I did not have Aspergers, I probably would have foreseen the offense that whatever it was that I said caused.

Under 42 U.S.C. § 12182(b)(2)(A)(ii), a place of public accommodation must make reasonable modifications in its policies in order to assist a disabled person with using their services. As described above, the Defendant has failed to do so by ignoring things that my disability causes.

As for the relief I seek, I seek to have the Defendant pay for the costs I incur in using a different law firm. It is clear that the Defendant does not like me, anymore, and even if he is forced to represent me, he would probably give sub-par services. Therefore, I must go to another law firm, and have the Defendant pay for those services, in order for me to truly be made whole again.

I am filing a motion for leave to proceed in forma pauperis. If it is granted, please have the Marshal serve the Defendant with the summons and complaint, per Fed. R. Civ. P. Rule 4(c)(3).

Wherefore, premises considered, I respectfully pray that the above-requested relief, as well as all costs incurred, be awarded.

David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com

David Stebbins
1407 N Spring Rd
APT #5
Harrison, AR 72601

U.S. District Court
35 E Mountain St.
Room 510
Fayetteville, AR 72601