# United States Court of Appeals
### For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

September 09, 2011

Honorable Jimm Larry Hendren
Suite 559
35 E. Mountain
Fayetteville, AR  72701-0000

     RE:  11-2950  In re: David Stebbins

Dear Judge:

     Enclosed is a copy of a pro se petition for a writ which the named petitioner has filed against you. Please provide a response to the petition at your earliest convenience. The court asks that you serve a copy of your response on the petitioner so that petitioner is aware of the response and can file a reply, if desired. By copy of this letter, petitioner is notified that any reply to your response must be filed with this office within seven days of receipt of the response.

     Thank you for your cooperation in this matter. No action will be taken on the writ petition until this office receives your response.

                                   Michael E. Gans
                                   Clerk of Court

EDG

Enclosure(s)

cc:    Mr. Christopher R. Johnson
         Mr. David Anthony Stebbins

     District Court/Agency Case Number(s):   3:11-cv-03057-JLH

**Caption For Case Number:   11-2950**

**In re: David Anthony Stebbins**

        **Petitioner**

**Addresses For Case Participants:   11-2950**

Honorable Jimm Larry Hendren
Suite 559
35 E. Mountain
Fayetteville, AR  72701-0000

Mr. Christopher R. Johnson
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
35 E. Mountain Street
Suite 510
Fayetteville, AR  72701-5354

Mr. David Anthony Stebbins
Apt. 5
1407 N. Spring Road
Harrison, AR  72601