U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
SEP 12 2011
CHRIS R. JOHNSON, Clerk
BY
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                          PLAINTIFF

VS                               CASE NO. 11-3057

LEGAL AID OF ARKANSAS                                               DEFENDANTS

## AMENDED COMPLAINT

Comes now pro se Plaintiff David Stebbins, who hereby submits the following amended complaint, which I am allowed to do once as a matter of course, per Fed. R. Civ. P. Rule 15(a). Under Local Rule 15(e), pro se litigants do not have to file completely new complaints that replace the old complaints, so I will only state the things which I intend to add, and have the Marshall serve the original complaint, and this amended one, together.

As the complaint clearly shows, I am suing the Defendants for disability discrimination in violation of Title III of the Americans with Disabilities Act. I wish to include the following items:

First, I wish to include a charge of retaliation, as I now have evidence that Legal Aid is refusing to assist me, simply because I am filing this claim, which constitutes retaliation.

Damages of $500,000, which I now have sufficient evidence to suggest that I lost as a direct result of the discrimination listed in the first complaint. Specifically, I lost a case against a set of Defendants in the amount of $500,000 in the Circuit Court because I was forced to represent myself *pro se*. Furthermore, I am forced to appear *pro se* before the Arkansas Court of Appeals, significantly increasing my chances of failure, because they refused to assist me on appeal, because they did not represent me in the Circuit Court. Their refusal to assist me in the Circuit Court is described in my original complaint.

Wherefore, premises considered, I respectfully pray that all of the above-requested relief,

as well as the relief that I requested in my original complaint, be granted.

It is so requested, on this 9th day of September, 2011.

*David S Stebbins*
David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com

David Stebbins
1407 N Spring Rd
APT #5
Harrison, AR 72601

NORTHWEST AR PDF
AR 727
10 SEP 2011 PM

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72701