IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                                                       PLAINTIFF

v.                                    Civil No. 11-3057

LEGAL AID OF ARKANSAS                                                                    DEFENDANT

**<u>ORDER</u>**

David Stebbins submitted this *pro se* action for filing under the provisions of the Americans with Disabilities Act (ADA). Plaintiff filed a motion to proceed *in forma pauperis* (IFP)(Doc. 2). The motion (Doc. 2) is granted.

Under the provisions of the IFP statute, the Court is obligated to screen any complaint in which the Plaintiff seeks to proceed IFP. 28 U.S.C. § 1915(e)(2). Upon review of the complaint (Doc. 1) and the amended complaint (Doc. 5), the Court finds the Plaintiff has provided insufficient factual allegations for the Court to determine whether Plaintiff has stated a claim under Title III of the ADA. For this reason, Plaintiff is directed to file an amended complaint by **September 30, 2011.** The amended complaint should state: (1) what accommodations he requested in February of 2011; (2) whether the request for accommodations was made in connection with Defendant's provision of services to him; (3) what major life activity he is substantially impaired in as a result of Asberger's Syndrome; and (4) why he believes Defendant's refusal to represent him in June of 2011 was the result of discrimination on the basis of his disability

Plaintiff is advised that failure to comply with this order will result in the summary dismissal of this case. Plaintiff is further advised that he has an obligation to keep the Court

AO72A
(Rev. 8/82)

informed of any changes in his address. If he fails to do so and the court receives returned mail, the case will be subject to dismissal.

  IT IS SO ORDERED this 13th day of September 2011.


          /s/ *J. Marschewski*
          HON. JAMES R. MARSCHEWSKI
          CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)