U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

SEP 27 2011

CHRIS R. JOHNSON, Clerk
By
      Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

**DAVID STEBBINS**                                                 **PLAINTIFF**

VS                                    **CASE NO. 11-3057**

**LEGAL AID OF ARKANSAS**                             **DEFENDANTS**

<u>NOTICE OF CHANGE OF ADDRESS</u>

I, *pro se* Plaintiff David Stebbins, now have the address and phone number shown below.

*/s/ David Stebbins*
David Stebbins
8527 Hopewell Rd,
Harrison, AR 72601
870-743-4386
stebbinsd@yahoo.com

NORTHWEST AR 727
AR 727 2 L
26 SEP 2011

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72601

David