U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS

SEP 2 7 2011

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

**DAVID STEBBINS**                                                                    **PLAINTIFF**

**VS**                                                **CASE NO. 11-3057**

**LEGAL AID OF ARKANSAS**                                              **DEFENDANTS**

### AMENDED COMPLAINT

Comes now, *pro se* Plaintiff David Stebbins, who respectfully submits the following

amended complaint, pursuant to the order contained in Document #6.

The accommodations I requested in February of 2011 were to simply be patient with what

I would say, unless I was being intentionally rude.

The answer to your second question is, yes, the accommodations I requested was made in

connection with Legal Aid's provisions of services to me.

Asperger Syndrome hinders the major life activity of communication by making it

difficult for me to communicate my thoughts to people in a tactful way.

Defendants' refusal to represent me was a result of discrimination against me due to

failure to provide reasonable modifications in policies that I requested in paragraph one (1) of

this amended complaint.  The Defendants were apparently offended at something I said in a fax.

If I did not have Asperger Syndrome, I probably would have known that something I wrote

would likely offend the Defendant; I requested reasonable modifications in policies that the

Defendant be more lenient in the comments I would make that he would look the other way on

than he would someone who did not have Asperger Syndrome.

I hope that these answers have sufficiently answered your questions.

Wherefore, premises considered, I respectfully pray that the relief requested in the first

complaint and first amended complaint be granted.

It is so requested on this 26th day of September, 2011.

David Stebbins
8527 Hopewell Rd,
Harrison, AR 72601
870-743-4386
stebbinsd@yahoo.com

NORTHWEST AR PROF
AR 727 21
26 SEP 2011 PM

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72601

David