# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 11-2950

In re: David Anthony Stebbins

Petitioner

---

Petition for Writ of Mandamus
(3:11-cv-03057-JLH)

---

**MANDATE**

In accordance with the judgment of 09/29/2011, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 29, 2011

Clerk, U.S. Court of Appeals, Eighth Circuit