# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 11-2950

_____

In re: David Anthony Stebbins

Petitioner

------

Petition for Writ of Mandamus
(3:11-cv-03057-JLH)

------

## JUDGMENT

The petition for writ of mandamus has been considered by the court and is denied.

Mandate shall issue forthwith.

September 29, 2011

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
   /s/ Michael E. Gans