IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                  PLAINTIFF

v.                  Civil No. 11-3057

LEGAL AID OF ARKANSAS                                DEFENDANT

### **ORDER**

The Court, having heretofore entered an order allowing the Plaintiff to proceed *in forma pauperis* and directing the Clerk to file the complaint, hereby directs the United States Marshal to serve the Defendant Legal Aid of Arkansas. The Defendant may be served by serving its Managing Attorney Michael Loggains, 816 N. Main Street, Suite B, Harrison, Arkansas 72601.

Defendant is to be served without prepayment of fees and costs or security therefor. The Defendant is ordered to answer within twenty-one (21) days from the date of service.

IT IS SO ORDERED this 6th day of October 2011.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)