U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
OCT 13 2011
CHRIS R. JOHNSON, Clerk
By_____
Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                     PLAINTIFF

VS                                    CASE NO. 11-3057

LEGAL AID OF ARKANSAS                                            DEFENDANTS

### MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

### AND AMENDED COMPLAINT

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following motion

for leave to file an additional amended complaint.  As I have already filed one, already, I must

seek leave of Court to file another one.

In the event that the motion is granted, this document will also serve as the amended

complaint itself.  As a *pro se* Plaintiff, I am excused from the requirement to file a separate

amended pleading.  See Local Rule 5.5(e).  I will take advantage of that rule.

There is a new injury that the Defendants' continued discrimination and retaliation has

proximately caused me.  As the original pleading shows, I was engaged in a legal dispute against

my now former landlord, Harp & Associates Real Estate Services, LLC.  This legal dispute has

evolved into a legal feud, resulting in many cases being filed.

I have recently filed an abuse of process claim against Harp & Associates, seeking

compensation and restitution for a rather cheap trick they pulled in their recent unlawful detainer

case against me.  The damages in that case were $554,000 in compensatory damages, and

$5,540,000 in punitive damages.

However, because Legal Aid has pledged to not represent me because of this

discrimination and retaliation, and because no other attorney in the state within reasonable

traveling distance from Harrison has the resources in this economy to take a case on contingency,

I have been forced to once again represent myself *pro se* in this case, causing my chances of losing to skyrocket.

This new injury was not present when I first filed the claim, nor when I filed my first amended pleading. Therefore, it is reasonable that I would not include it until now.

I wish to amend my pleading to include a request for the following relief:

1.  The damages from the abuse of process claim, if I loose it due to ineffective assistance of counsel, or if I can prove that I am reasonably likely to do so.

2.  Ten times those damages, in punitive damages.

3.  Any further currently-unforeseen injuries that I sustain as a result of this discrimination and retaliation claim.

Wherefore, premises considered, I request that the above-stated relief also be given to me.

David Stebbins
8527 Hopewell Rd,
Harrison, AR 72601
870-743-4386
stebbinsd@yahoo.com

NORTHWEST AR P&DF
AR 727 1 T
12 OCT 2011 PM

USA FIRST-CLASS FOREVER

David Stebbins
8527 Hopewell Rd
Harrison, AR 72601

U.S. District Court
35. E. Mountain St
Room 510
Fayetteville, AR 72701

72701-3351