USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DAVID STEBBINS | 11-3057 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| LEGAL AID OF ARKANSAS | Order and Complaint |

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
OCT 20 2011
CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Legal Aid of Arkansas - by serving its Managing Attorney - Michael Loggains

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
816 N. Main Street, Suite B, Harrison, AR 72601

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

James R. Marschewski
Chief U.S. Magistrate Judge
P.O. Box 1525
Fort Smith, AR 72902

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold                                                                                  Fold

| Signature of Attorney other Originator requesting service on behalf of: Hon. James R. Marschewski | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (479) 783-7045 | DATE 10/6/11 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1-1 | District of Origin No. 10 | District to Serve No. 10 | Signature of Authorized USMS Deputy or Clerk | Date 10/6/11 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*)
Same as above

Address (*complete only different than shown above*)
Same as above

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

| Date 14 Oct 2011 | Time 12:00 ☐ am ☒ pm |

Signature of U.S. Marshal or Deputy

| Service Fee 110.00 | Total Mileage Charges including *endeavors* 76 mi / 38.76 | Forwarding Fee | Total Charges 148.76 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00