IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                                      PLAINTIFF

vs.                                Case No. CV 11-3057

LEGAL AID OF ARKANSAS                                                  DEFENDANT

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Legal Aid of Arkansas, Defendant herein. I certify that I am admitted to practice in this Court.

Date:   November 2, 2011

Legal Aid of Arkansas

By:   /s/ J. David Dixon
      J. David Dixon        #05251
      DAVIS, CLARK, BUTT, CARITHERS
          & TAYLOR, PLC
      P.O. Box 1688
      Fayetteville, AR  72702-1688
      Phone No.: 1-479-521-7600
      Fax No.: 1-479-521-7600
      ddixon@davis-firm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I hereby certify that I have mailed the document by the United States Postal Service to the following non CM/ECF participants:

David Stebbins, *Pro Se*
8527 Hopewell Road
Harrison, AR 72601

                                               By:   /s/ J. David Dixon
                                                       J. David Dixon      #05251
                                                       DAVIS, CLARK, BUTT, CARITHERS
                                                            & TAYLOR, PLC
                                                       P.O. Box 1688
                                                       Fayetteville, AR 72702-1688
                                                       Phone No.: 1-479-521-7600
                                                       Fax No.: 1-479-521-7600
                                                       ddixon@davis-firm.com