IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                                                    PLAINTIFF

vs.                                    Case No. CV 11-3057

LEGAL AID OF ARKANSAS                                                                 DEFENDANT

## MOTION FOR EXTENSION OF TIME

Comes Legal Aid of Arkansas, Defendant herein, and respectfully requests an Order extending time for Defendant to plead pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Rule 6.2.

1. Defendant is a party to this matter by virtue of Plaintiff's Complaint, filed July 20, 2011. Plaintiff has since then filed two additional amended complaints. Plaintiff is proceeding pro se.

2. Defendant's time to respond to Plaintiff's Complaint expires on November 4, 2011. Defendant is and has been in the process of attempting to satisfy its insurance carrier obligations and, pending its insurance carrier's decision, engage counsel.

3. Per Local Rule 6.2, counsel for Defendant has contacted Plaintiff in regard to this motion and Plaintiff opposes same.

4. Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the granting of an extension of time is within the discretion of the Court for good cause shown.

WHEREFORE, Defendant, Legal Aid of Arkansas, prays that the Court enter an Order granting its Motion for Extension of Time and further extending the time for Legal Aid of Arkansas to serve responsive pleadings to Plaintiff's Complaint and Amended Complaints, until November 25, 2011.

          Legal Aid of Arkansas

By:   /s/ J. David Dixon
      J. David Dixon    #05251
      DAVIS, CLARK, BUTT, CARITHERS
         & TAYLOR, PLC
      P.O. Box 1688
      Fayetteville, AR 72702-1688
      Phone No.: 1-479-521-7600
      Fax No.: 1-479-521-7600
      ddixon@davis-firm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I hereby certify that I have mailed the document by the United States Postal Service to the following non CM/ECF participants:

David Stebbins, *Pro Se*
8527 Hopewell Road
Harrison, AR 72601

By:   /s/ J. David Dixon
      J. David Dixon    #05251
      DAVIS, CLARK, BUTT, CARITHERS
         & TAYLOR, PLC
      P.O. Box 1688
      Fayetteville, AR 72702-1688
      Phone No.: 1-479-521-7600
      Fax No.: 1-479-521-7600
      ddixon@davis-firm.com