IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
NOV 0 3 2011
CHRIS R. JOHNSON, Clerk
By _____
Deputy Clerk

**DAVID STEBBINS**                                  **PLAINTIFF**

**VS**                         **CASE NO. 11-3057**

**LEGAL AID OF ARKANSAS**                    **DEFENDANTS**

## RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR EXTENSION OF TIME TO PLEAD

Comes now, *pro se* Plaintiff David Stebbins, who respectfully submits the following Response in Opposition to Defendant's Motion for Extension of Time to Plead.

1. Defendant allegedly seeks this extension on the grounds that they require more time to sort out certain administrative requirements with its insurance carrier, and also to secure additional counsel. See Exhibit A.

2. Defendant knew about this litigation as early as June 22, 2011. See Exhibit B.

3. Due to Defendant's actual notice of the discrimination claim months before actually being served with it, Defendant could have easily sorted out these administrative requirements long before service of process is vacated.

4. Because Defendant clearly has failed to do so, Defendant is culpable in needing this extension. Therefore, the motion for extension of time to plead should be denied.

Wherefore, premises considered, I respectfully pray that the Defendant's Motion for Extension of Time to Plead be denied.

David Stebbins
8527 Hopewell Rd,
Harrison, AR 72601
870-743-4386
stebbinsd@yahoo.com

*Exh. A*

| | |
|---|---|
| Subject: | RE: Stebbins v Legal Aid |
| From: | David Dixon (ddixon@davis–firm.com) |
| To: | stebbinsd@yahoo.com; |
| Date: | Tuesday, November 1, 2011 5:34 PM |

So Legal Aid can satisfy some administrative requirements with its insurance carrier and, although I will be representing Legal Aid for the time being and possibly throughout the case, to formally arrange for other national and local counsel.

**J. David Dixon**

Davis, Clark, Butt, Carithers, & Taylor, PLC

19 East Mountain St.

P.O. Box 1688

Fayetteville, AR 72702-1688

Tel:  (479) 521-7600

Fax (479) 521-7661

ddixon@davis-firm.com

**CONFIDENTIALITY STATEMENT**

This electronic message transmission, and any prior or subsequent transmissions in the same "e-mail chain", contains information from the law firm of Davis, Clark, Butt, Carithers & Taylor, PLC, and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (479-521-7600) immediately.

Notice: Any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any tax-related matters addressed herein.

**From:** David Stebbins [mailto:stebbinsd@yahoo.com]
**Sent:** Tuesday, November 01, 2011 5:31 PM
**To:** David Dixon
**Subject:** Re: Stebbins v Legal Aid

Why do you need this extension?

---

**From:** David Dixon <ddixon@davis-firm.com>
**To:** stebbinsd@yahoo.com
**Cc:** David Dixon <ddixon@davis-firm.com>
**Sent:** Tuesday, November 1, 2011 5:29 PM
**Subject:** Stebbins v Legal Aid

Mr. Stebbins,

My name is David Dixon, I attempted to contact you by phone recently, but the call did not go as planned.  I assume it was you I spoke with.  I was calling to inform you of Legal Aid's intent to seek an extension to file its answer to your complaint and to determine your position to same.  I am not attempting any trickery.  It is common for an opposing party's counsel to speak with a pro se litigant.    Please contact me at your earliest convenience.

Regards,

**J. David Dixon**
Davis, Clark, Butt, Carithers, & Taylor, PLC
19 East Mountain St.
P.O. Box 1688
Fayetteville, AR 72702-1688
Tel:  (479) 521-7600
Fax (479) 521-7661
ddixon@davis-firm.com

CONFIDENTIALITY STATEMENT
This electronic message transmission, and any prior or subsequent transmissions in the same "e-mail chain", contains information from the law firm of Davis, Clark, Butt, Carithers & Taylor, PLC, and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (479-521-7600) immediately.
Notice: Any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any tax-related matters addressed herein.

*Exh. B*

Subject:  Offer for settlement

From:  David Stebbins (stebbinsd@yahoo.com)

To:  mloggains@arlegalaid.org;

Date:  Wednesday, June 22, 2011 2:40 PM


Dear Mr. Loggains,

This is David Stebbins. I understand that you wish to drop me from legal aid's services in its entirety, because, apparently, you disagree with the morality of one of my cases.

I should inform you that I have legal rights, and I am prepared to seek to enforce them pro se, if I have to. You do not have to provide me representative services, but Chris Jenkins has been providing me with a good deal of advice-only counsel in a variety of my cases, including the one against Harp & Associates.

Under Rule 64(b) of the Arkansas Rules of Civil Procedure, once an attorney starts providing assistance in a case, he can't stop without permission from the court, and even then, he must demonstrate that he has taken reasonable precautions to prevent me from being prejudiced.

According to Rule 64(a), you are only required to actually put your name on record if you actually represent me. However, there is no such requirement for advice-only counsel. However, Rule 64(b) clearly applies to other types of legal assistance besides representation.

Furthermore, you are forbidden under federal statute from discriminating against me. When I first came on board with Legal Aid, back in February, I informed you, via fax, of a disability I possess called Asperger Syndrome, a neurological disability that makes it difficult for me to predict when my words may offend people. This means that I am entitled to accommodations under Title III of the Americans with Disabilities Act. Considering the primary symptom, the best reasonable accommodation you can give me is to ignore anything that might offend you unless I am doing it deliberately with the intention of offending you.

Considering my Aspergers', how was I supposed to know that you would become so offended by the nature of this case – this *one case* – that you would drop me from your clientel altogether? It is one thing to refuse to take a case. It is another thing entirely to refuse to take any more cases, just because of one single case that you don't want to take.

I will offer you one chance to settle this out of court. I have not yet decided whether or not I will pursue it in state court, under Rule 64(b) of the AR Rules of Civil procedure, or in Federal Court, under the Americans with Disabilities Act, but I know that, if this settlement agreement is not met, we'll be duking it out in court.

I want to be reinstated into your clientel, immediately, and have the advice that Jenkins has been providing me to be reinstated full-force.

If you accept that before closing on Thursday, June 23, 2011, I will not file any suits against you.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                    PLAINTIFF

VS                                    CASE NO. 11-3057

LEGAL AID OF ARKANSAS                                            DEFENDANTS

### CERTIFICATE OF SERVICE

I, *pro se* Plaintiff David Stebbins, hereby certify under penalty of perjury that a true and correct copy of Plaintiff's Response in Opposition to Defendant's Motion for Extension of Time to Plead was served on Defendant by allowing him to view the ECF Notice of Docket Activity, as allowed by Local Rule 5.2.

David Stebbins
8527 Hopewell Rd,
Harrison, AR 72601
870-743-4386
stebbinsd@yahoo.com

David Stebbins
8527 Hopewell Rd
Harrison, AR 72601

NORTHWEST AR PSDF
AR-727 2 T
02 NOV 2011 PM

U.S. POSTAGE
PAID
HARRISON, AR
NOV 2601 11
AMOUNT
$0.00
0008746706



U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72701

72701+6050