IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                                                         PLAINTIFF

V.                                              NO.  11-3057

LEGAL AID OF ARKANSAS                                                                        DEFENDANT

### INITIAL SCHEDULING ORDER

An appearance was entered by defendant(s) on November 22, 2011.

**IT IS HEREBY ORDERED** that the following deadlines and proposals are in effect:

   **1. RULE 26(f) CONFERENCE DEADLINE:**        January 6, 2012.

The parties are jointly responsible for holding their Rule 26(f) conference on or before the date specified.

   **2. RULE 26(f) REPORT DUE DATE:**        January 31, 2012.

Consult FRCP 26(f) and Local Rule 26.1 for information to be included in the Rule 26(f) Report. The Report should be filed with the Clerk of Court. Any conflicts among the parties with regard to any of the issues in the Rule 26(f) Report or the trial date set by the Court should be set out in writing on the last page of the Rule 26(f) Report under the caption of "UNRESOLVED ISSUES" and if not so noted, will be deemed waived.  The Court will rule on these issues, and a final scheduling order will be issued confirming the trial date.

   **3. PROPOSED TRIAL DATE:**                  November 5, 2012.

The case will be scheduled for BENCH TRIAL before Judge Paul K. Holmes, III, commencing at 9:00 a.m. sometime during the week as set forth above in HARRISON, ARKANSAS.

   **4. FSO ISSUANCE DATE:**                   February 20, 2012.

The Court advises the parties of the Court's standard deadlines, to be included in the Final Scheduling Order, concerning the following:

- Completion of discovery:  90 days before trial
- Addition of parties/Amendment of pleadings:  90 days before trial
- Filing of all motions except motions in limine:  60 days before trial
- Filing of motions in limine:  14 days before trial

Agreement with, or requests to deviate from, these deadlines should be noted in the parties' Rule 26(f) Report.

   DATED:  November 22, 2011

                                                              AT THE DIRECTION OF THE COURT
                                                              CHRISTOPHER R. JOHNSON, CLERK

                                                              By: /s/ Jane Ann Short
                                                                   Courtroom Deputy
                                                                   479-783-1466