U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
NOV 28 2011
CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

**DAVID STEBBINS**            **PLAINTIFF**

VS           CASE NO. 11-3057

**LEGAL AID OF ARKANSAS**           **DEFENDANTS**

## MOTION FOR DECLARATORY RELIEF

Comes now, *pro se* Plaintiff David Stebbins, who respectfully submits the following motion for declaratory relief.

1. Defendant claims, in its answer, that two issues of this case are conclusions of law, and thus, do not require a response. First, Defendant claims that they are not a "place of public accommodation" pursuant to Title III of the Americans with Disabilities Act, current as of January 1, 2009. See Document #16, Paragraph #7. Secondly, Defendant claims that whether or not Asperger Syndrome is a disability, as defined by the Americans with Disabilities Act, is an issue of law. See Document #16, Paragraph #10.

2. Since these issues are matters of law, they require no discovery to resolve. This Court can simply decide these issues when granting this motion for declaratory relief.

3. This Court should declare that Defendant is a "place of public accommodation" as defined by Title III of the Americans with Disabilities Act because it is a law firm; by nature of being a law firm, Defendant is considered a place of public accommodation under 42 U.S.C. § 12181(7)(F) ("office of... a lawyer").

4. This Court should declare that Asperger Syndrome is a "disability" as defined by the Americans with Disabilities Act because it is a physical and/or mental impairment which substantially limits a major life activity. Specifically, it is a mental impairment that substantially limits the major life activity of communication, which in turn makes it

difficult for me to do such major life activities as hold a job, make friends, get a girlfriend, etc. Admittedly, the discovery must yield this information, but if this information is yielded in the discovery, I would be classified as "disabled" in accordance with the Americans with Disabilities Act.

Wherefore, premises considered, I respectfully pray that the issues of law mentioned in Defendant's answer be declared in my favor.

David Stebbins
8527 Hopewell Rd,
Harrison, AR 72601
870-743-4386
stebbinsd@yahoo.com

## CERTIFICATE OF SERVICE

I, *pro se* Plaintiff David Stebbins, hereby certify that a true and correct copy of Plaintiff's Motion for Declaratory Judgment was served on Defendant by allowing its counsel to view the ECF Notice of Docket Activity, as allowed by Local Rule 5.2.

David Stebbins
8527 Hopewell Rd,
Harrison, AR 72601
870-743-4386
stebbinsd@yahoo.com

David Stebbins
8527 Hopewell Rd
Harrison AR 72601

NORTHWEST AR PDF
AR 727 1T
25 NOV 2011 PM

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72701