IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                                                PLAINTIFF

vs.                                              Case No. CV 11-3057

LEGAL AID OF ARKANSAS                                                            DEFENDANT

## ENTRY OF APPEARANCE

COMES NOW Don A. Taylor and the law firm of Davis, Clark, Butt, Carithers & Taylor, PLC and hereby enters his appearance, in addition to J. David Dixon, as counsel of record in the above-referenced action on behalf of the Defendant, Legal Aid of Arkansas. Copies of any and all pleadings, notices and other matters filed herein should be forwarded to Don A. Taylor, Davis, Clark, Butt, Carithers & Taylor, PLC, P.O. Box 1688, Fayetteville, Arkansas 72702-1688.

DATED this 5th day of December, 2011.

BY:  /s/ Don A. Taylor
Don A. Taylor                    #89139
J. David Dixon                   #05251
DAVIS, CLARK, BUTT, CARITHERS
    & TAYLOR, PLC
19 E. Mountain Street
P.O. Box 1688
Fayetteville, AR  72702-1688
Telephone: (479) 521-7600
Facsimile: (479) 521-7661
Email: dtaylor@davis-firm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of December, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System.  I hereby certify that I have mailed the document by the United States Postal Service to the following non CM/ECF participants:

David Stebbins, *Pro Se*
8527 Hopewell Road
Harrison, AR  72601

                        By:   /s/ Don A. Taylor
                              Don A. Taylor          #89139
                              J. David Dixon          #05251
                              DAVIS, CLARK, BUTT, CARITHERS
                                  & TAYLOR, PLC
                              19 E. Mountain Street
                              P.O. Box 1688
                              Fayetteville, AR  72702-1688
                              Telephone: (479) 521-7600
                              Facsimile: (479) 521-7661
                              Email: dtaylor@davis-firm.com