IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                                          PLAINTIFF

vs.                                              Case No. CV 11-3057

LEGAL AID OF ARKANSAS                                                         DEFENDANT

### RESPONSE TO PLAINTIFF'S MOTION FOR DECLARATORY RELIEF

Comes now Defendant, Legal Aid of Arkansas, and for its Response to Plaintiff's Motion for Declaratory Relief states and alleges as follows:

1. On July 11, 2011, pro se Plaintiff, David Stebbins, filed a Complaint herein. (Dkt. No. 1). Since then, Plaintiff has filed three Amended Complaints. (Dkt. Nos. 5, 8, 11).

2. On November 22, 2011, Defendant, Legal Aid of Arkansas, filed its Answer to Plaintiff's Complaint and Amended Complaints. (Dkt. No. 16).

3. On November 22, 2011, the Court filed an Initial Scheduling Order. (Dkt. No. 17).

4. Subject of this response, on November 28, 2011, Plaintiff filed a Motion for Declaratory Relief. (Dkt. No. 18). By his motion, Plaintiff requests the court to adjudge certain allegations within his Complaint true. *Id*.

5. Plaintiff's motion is procedurally improper and should be denied.

6. Alternatively, should the Court construe Plaintiff's motion as some other permitted motion, said motion lacks any admissible or compentent proof and should be denied.

7. Filed contemporaneously herewith is a brief in support of this response.

BY: /s/ J. David Dixon
Don A. Taylor          #89139
J. David Dixon         #05251
DAVIS, CLARK, BUTT, CARITHERS
    & TAYLOR, PLC
19 E. Mountain Street
P.O. Box 1688
Fayetteville, AR  72702-1688
Telephone: (479) 521-7600
Facsimile: (479) 521-7661
Email: ddixon@davis-firm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 7TH day of December, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System.  I hereby certify that I have mailed the document by the United States Postal Service to the following non CM/ECF participants:

David Stebbins, *Pro Se*
8527 Hopewell Road
Harrison, AR  72601

By: /s/ J. David Dixon
Don A. Taylor          #89139
J. David Dixon         #05251
DAVIS, CLARK, BUTT, CARITHERS
    & TAYLOR, PLC
19 E. Mountain Street
P.O. Box 1688
Fayetteville, AR  72702-1688
Telephone: (479) 521-7600
Facsimile: (479) 521-7661
Email: ddixon@davis-firm.com
