United States District Court for the
Western District of Arkansas

David Stebbins                                    Plaintiff

vs.                Case No. 11-3057

Legal Aid of Arkansas                             Defendant

NOTICE OF CHANGE OF ADDRESS AND
MOTION TO SUSPEND PROCEEDINGS

Comes now, pro se Plaintiff David Stebbins, who respectfully submits the following notice of change of address and motion to suspend the proceedings.

I currently reside at 5800 Law Dr., Harrison, AR 72601. I was arrested for a crime that I can prove I did not commit, but I must focus my energy on getting acquitted for this crime. Therefore, I also ask that the court suspend proceedings in this case.

Please do not simply non-suit the case. If you do, even if the non-suit is without prejudice, by the time I can take the case up again, the statute of limitations will have long passed. Therefore, please SUSPEND the proceedings.

It is so requested this 3rd day of January, 2012.

David Stebbins
David Stebbins
5800 Law Dr.
Harrison, AR 72601

David Stebbins
5800 Law Dr.
Harrison, AR 72601

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72601

72701$5315



02 1P
0001664519  JAN 06 2012
MAILED FROM ZIP CODE 72601
$ 000.44⁰
PITNEY BOWES