IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                                                    PLAINTIFF

vs.                                        Case No. CV 11-3057

LEGAL AID OF ARKANSAS                                                              DEFENDANT

### RESPONSE TO PLAINTIFF'S MOTION TO SUSPEND PROCEEDINGS

      Comes now Defendant, Legal Aid of Arkansas, and for its Response to Plaintiff's Motion To Suspend Proceedings states and alleges as follows:

      1.      By his Motion To Suspend Proceedings, pro se Plaintiff, David Stebbins, seeks to have the Court suspend the litigation of this matter as he was recently arrested and now resides in jail, and, purportedly, must "focus his energy on getting acquitted for this crime." (Dkt. No. 23). Plaintiff requests the Court to not non-suit the case, but suspend the case.

      2.      Plaintiff's motion is contrary to the Federal Rules of Civil Procedure and should be denied.

      3.      Filed contemporaneously herewith is a brief in support of this response.

      LEGAL AID OF ARKANSAS

      By:   /s/ J. David Dixon
           Don A. Taylor      #89139
           J. David Dixon      #05251
           DAVIS, CLARK, BUTT, CARITHERS
              & TAYLOR, PLC
           19 E. Mountain Street
           P.O. Box 1688
           Fayetteville, AR  72702-1688
           Telephone: (479) 521-7600
           Facsimile: (479) 521-7661
           Email: ddixon@davis-firm.com

–2–

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of January, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I hereby certify that I have mailed the document by the United States Postal Service to the following non CM/ECF participants:

David Stebbins, *Pro Se*
5800 Law Dr.
Harrison, AR 72601

          By:   /s/ J. David Dixon
                  Don A. Taylor        #89139
                  J. David Dixon       #05251
                  DAVIS, CLARK, BUTT, CARITHERS
                      & TAYLOR, PLC
                  19 E. Mountain Street
                  P.O. Box 1688
                  Fayetteville, AR 72702-1688
                  Telephone: (479) 521-7600
                  Facsimile: (479) 521-7661
                  Email: ddixon@davis-firm.com