IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                                                                PLAINTIFF

vs.                                            Case No. CV 11-3057

LEGAL AID OF ARKANSAS                                                                        DEFENDANT

**DEFENDANT'S BRIEF IN SUPPORT OF RESPONSE TO PLAINTIFF'S MOTION TO SUSPEND PROCEEDINGS**

Comes now Defendant, Legal Aid of Arkansas, and submits this Brief in Support of its Response to Plaintiff's Motion To Suspend Proceedings.

**I. BACKGROUND AND ARGUMENT**

On January 9, 2012, Plaintiff filed a Motion To Suspend Proceedings. (Dkt. No. 23). By his motion, Plaintiff requests the court to suspend the proceedings of this matter as he has been arrested, now resides in jail, and must spend his time handling his criminal charge. *Id*. Plaintiff specifically requests that the Court not non-suit the case, but suspend the case. Plaintiff states that he will not be able to pursue the case until after the statute of limitation has run. Thus, apparently, Plaintiff is asking the Court to suspend the matter for, at minimum, one year – the time permitted for Plaintiff to re-file were he to non-suit.

The Federal Rules of Civil Procedure do not permit nor contemplate suspending a case merely due to the lack of time available to a party to pursue same. As proven by the voluminous civil rights cases pursued by criminal inmates from the bounds of their confinement, the fact that Plaintiff now resides in jail does not prevent him from litigating this matter. Pursuant to the Federal Rules of Civil Procedure, Plaintiff has two options: 1) proceed with the case or, 2) voluntarily non-

suit the case.

## II. CONCLUSION

For the above reasons, Defendant prays that Plaintiff's Motion To Suspend Proceedings be denied.

                        LEGAL AID OF ARKANSAS

                        BY:  /s/ J. David Dixon
                            Don A. Taylor        #89139
                            J. David Dixon       #05251
                            DAVIS, CLARK, BUTT, CARITHERS
                                & TAYLOR, PLC
                            19 E. Mountain Street
                            P.O. Box 1688
                            Fayetteville, AR  72702-1688
                            Telephone: (479) 521-7600
                            Facsimile: (479) 521-7661
                            Email: ddixon@davis-firm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of January, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I hereby certify that I have mailed the document by the United States Postal Service to the following non CM/ECF participants:

David Stebbins, *Pro Se*
5800 Law Dr.
Harrison, AR  72601

                        By:  /s/ J. David Dixon
                            Don A. Taylor        #89139
                            J. David Dixon       #05251
                            DAVIS, CLARK, BUTT, CARITHERS
                                & TAYLOR, PLC
                            19 E. Mountain Street
                            P.O. Box 1688
                            Fayetteville, AR  72702-1688
                            Telephone: (479) 521-7600
                            Facsimile: (479) 521-7661
                            Email: ddixon@davis-firm.com