United States District Court for the
Western District of Arkansas

David Stebbins                                    Plaintiff

vs.                    Case No. 11-3057

Legal Aid of Arkansas                             Defendant

## REPLY SUGGESTION TO MOTION TO SUSPEND PROCEEDINGS

Comes now, pro se Plaintiff David Stebbins, who respectfully submits the following ~~motion~~ reply suggestion to my motion to suspend proceedings.

Defendant argues that the Federal Rules of civil procedure do not allow proceedings to be suspended. I beg to differ. Motions to "stay" proceedings, as they are often called, are granted all the time.

Defendant makes reference to the civil rights cases that incarcerated persons often file. However, those are distinguishable because the pennetentery in Little Rock has a law library, something this jail does not have. Therefore, I am not capable of pursuing this case in here.

Last but not least, there is the problem of evidence. I had reems and reems of evidence ready to serve on the defendant in the 26(a) disclosures, including a letter from Defendant flatly admitting to its guilt in this case! This arrest, however, has deprived me of access to this evidence. My mother cannot bring them to me, either,

because the jail only accepts post cards unless it is from either a lawyer, or a court. (reffered to as "legal mail" in the jail's jargon) ~~If the court is not willing to~~ That is VERY distinguishable from inmates suing the jail, is it not?

If this court is not willing to suspend the proceedings, please at least appoint counsel for me in this, as I have demonstrated an inability, as opposed to mere unwillingness, to pursue the case on my own.

It is so requested on this 20th day of January, 2011.

David Stebbins
David Stebbins
5800 Law Dr.
Harrison, AR 72601

David Stebbins
1407 N. Spring Rd.,
APT #5
Harrison, AR 72601

72701453553

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72701