## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                                                          PLAINTIFF

vs.                                              Case No. CV 11-3057

LEGAL AID OF ARKANSAS                                                                      DEFENDANT

### RULE 26(F) REPORT

Come now Legal Aid Of Arkansas, by and through its counsel of record, and submits the following report pursuant to Rule 26 (f) of the Federal Rules of Civil Procedure, to-wit:

**1.   Any changes in timing, form, or requirements of mandatory disclosures under Fed. R. Civ. P. 26(a).**

At this time, no changes to the initial disclosures are considered necessary.

**2.   Date when mandatory disclosures were or will be made.**

The preliminary mandatory disclosures under Fed.R.Civ.P. 26(a) will be made on or by February 14, 2012.

**3.   Subjects in which discovery may be needed.**

The allegations contained in the Complaint and defenses to same.

**4.   Whether any party will likely be requested to disclose or produce information from electronic or computer based media:**

Unknown at this time.

   **(a)   Whether disclosure or production will be limited to data reasonably available to the parties in the ordinary course of business:**

Unknown at this time. Defendant offers that if claims of relevance are raised to data not reasonably available in the ordinary course of business and the parties cannot resolve the issues, then the moving party may address the issue with the Court.

**(b)     The anticipated scope, cost and time required for disclosure or production of data beyond what is reasonably available to the parties in the ordinary course of business**:

Defendant contemplates that electronic or computer-based data which may requested by either party will be found in the computers in the possession of the respective party. At this time, Defendant cannot estimate the cost and time required for production of such data.

**(c)     The format and media agreed to by the parties for the production of such data as well as agreed procedures for such production**:

Depending upon the size and type of data being produced, Defendant agrees that such information would be produced in either hard paper computer printout or by way of electronic data being saved to compact discs or digital versatile disc. To the extent there are requests for electronic or computer-based media exceed the above scope, Defendant offers to confer and seek to agree on production, if at all possible, or seek Court intervention.

**(d)     Whether reasonable measures have been taken to preserve potentially discoverable data from alteration or destruction in the ordinary course of business or otherwise:**

At this time, Defendant is uncertain of what measures were taken to preserve potentially discoverable information prior to its counsel's involvement in this matter, but that since Defendant's counsel's involvement, such measures have been taken.

    **(e)    Other problems which the parties anticipate may arise in connection with electronic or computer-based discovery**:

None anticipated at this time.

**5.    Date by which discovery should be completed.**

90 days prior to the scheduled trial date, which is on or about August 6, 2012.

**6.    Any needed changes in limitations imposed by the Federal Rules of Civil Procedure.**

No changes are anticipated at this time.

**7.    Any Orders, e.g. protective orders, which should be entered.**

Defendant seeks to enter into a mutual stipulated protective order to protect any of the parties confidential, proprietary or trade secret information for the disclosure or use beyond the scope and duration of this pending lawsuit.

**8.    Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of the action.**

No such objections are anticipated.

**9.    Any objections to the proposed trial date.**

None.

**10.    Proposed deadline for joining other parties and amending the pleadings.**

120 days prior to the scheduled trial date, which is on or about July 6, 2012.

**11.    Proposed deadline for completing discovery.**

The parties propose a discovery cut-off date of August 6, 2012.

**12.     Proposed deadline for filing motions.**

60 days prior to the scheduled trial date, which is on or about September 6, 2012 (with the exception of motions in limine).

**13.     Class certification: In the case of a class action complaint, the proposed deadline for the parties to file a motion for class certification.**

Not applicable.

**UNRESOLVED ISSUES**

Defendant's counsel had made reasonable efforts to contact Plaintiff in regard to this Rule 26(f) Report to no success. Defendant, unilaterally, files this Rule 26(f) Report.

Dated this 31st day of January, 2012.

        LEGAL AID OF ARKANSAS

      By:  /s/ J. David Dixon
        Don A. Taylor   #89139
        J. David Dixon   #05251
        DAVIS, CLARK, BUTT, CARITHERS
         & TAYLOR, PLC
        19 E. Mountain Street
        P.O. Box 1688
        Fayetteville, AR  72702-1688
        Telephone: (479) 521-7600
        Facsimile: (479) 521-7661
        Email: ddixon@davis-firm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 31st day of January, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I hereby certify that I have mailed the document by the United States Postal Service to the following non CM/ECF participants:

David Stebbins, *Pro Se*
5800 Law Dr.
Harrison, AR  72601

                        By:   /s/ J. David Dixon
                              Don A. Taylor          #89139
                              J. David Dixon         #05251
                              DAVIS, CLARK, BUTT, CARITHERS
                                 & TAYLOR, PLC
                              19 E. Mountain Street
                              P.O. Box 1688
                              Fayetteville, AR  72702-1688
                              Telephone: (479) 521-7600
                              Facsimile: (479) 521-7661
                              Email: ddixon@davis-firm.com