**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**DAVID STEBBINS**                                                                    **PLAINTIFF**

**V.**                                              **NO.  11-3057**

**LEGAL AID OF ARKANSAS**                                              **DEFENDANT**

<u>**FINAL SCHEDULING ORDER**</u>

Pursuant to Rule 16(e) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED:

**1.      TRIAL DATE**

This case is scheduled for **BENCH TRIAL** in **HARRISON, ARKANSAS**, at the call of the Court during the week of **November 5, 2012, beginning at 9:00 a.m.**  Counsel are directed to report to **the second-floor Courtroom (Room 231)** at **9:00 a.m.** on the date of trial unless otherwise notified.

**2.      DISCOVERY**

Discovery should be completed no later than <u>**August 6, 2012.**</u>  The  parties may conduct discovery beyond this date if all parties are in agreement to do so; however, the Court will not resolve any disputes in the course of this extended discovery.  All discovery requests and motions must be filed sufficiently in advance of that date to allow for a timely response.  Witnesses and exhibits not identified in response to appropriate discovery may not be used at trial except in extraordinary circumstances.  The Court will not grant a continuance because a party does not have time in which to depose a witness, expert or otherwise.

A discovery motion must not be filed until counsel has made a good faith effort to resolve the discovery dispute.  Upon filing of such motion, a response should be filed promptly.  A conference call will be scheduled to resolve such matters if the Court deems it necessary.

1

3.    **ADDITION OF PARTIES/AMENDMENT OF PLEADINGS**

Leave to add parties or amend pleadings must be sought no later than **July 6, 2012.**

4.    **MOTIONS DEADLINE**

All motions, except motions in limine, must be filed on or before **September 6, 2012.** Motions for summary judgment must comply with Fed. R. Civ. P. 56 and Local Rules 7.2 and 56.1. Motions in limine must be filed on or before **October 22, 2012** and responses must be filed seven (7) days thereafter.  Motions submitted after the deadline may be denied solely on that ground.

Local Rule 7.2(b) provides: "Within fourteen (14) days from the date copies of a motion and supporting papers have been served upon him, any party opposing a motion shall serve and file with the Clerk a concise statement in opposition to the motion with supporting authorities."  Except for motions for summary judgment, leave of court must be obtained to file a reply in support of a motion. A reply filed without leave of court will not be considered.  A reply to a response to a motion for summary judgment must be filed within seven (7) days from the date of the response.

5.    **PRETRIAL DISCLOSURE SHEET [FED. R. CIV. P. 26(a)(3)]**

Pretrial disclosure sheets must be filed simultaneously by the parties according to the outline contained in Local Rule 26.2 no later than **October 15, 2012.**  That witnesses and exhibits must be listed on the pretrial information sheet does not relieve a party of the obligation to provide the names of witnesses and exhibits in response to discovery requests.

6.    **DEPOSITIONS TO BE USED AT TRIAL OTHER THAN FOR IMPEACHMENT**

The proffering party must designate the pertinent portions of a deposition to be used as evidence at trial by **October 15, 2012.**  Counter-designations must be made by **October 26, 2012.** These designations need not be filed with the Court but should be exchanged by the parties. Objections to any deposition or videos that will be used at trial must be made by written motion indicating the specific objection and its legal basis by **October 29, 2012**, with the response due **November 2, 2012.**  Depositions to be read at trial must be marked as exhibits.

7.    **TRIAL BRIEF AND PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

The parties must simultaneously submit trial briefs and proposed findings of fact and conclusions of law on or before **October 26, 2012.** The trial brief and proposed findings should not be filed with the Clerk but should be submitted directly to chambers. Counsel may submit them electronically to *pkhinfo@awrd.uscourts.gov*. The briefs should discuss any evidentiary issues that are expected to arise and other issues that the Court may need to decide at trial. Reply briefs, if any, must be submitted to the Court on or before **October 29, 2012.** A reply should specify those fact findings proposed by the opposing party that will be controverted at trial.

**8.     STIPULATIONS**

The parties should stipulate in writing to the facts not in controversy seven (7) days before the trial date.

**9.     INTRODUCTION OF EXHIBITS**

All exhibits must be listed on the attached form in numerical sequence. Exhibits must be made available to all parties and reviewed by counsel prior to the trial date. The lists must be submitted to the Courtroom Deputy one (1) day before the beginning of trial, with notations made on the Court's copy noting exhibits to which there is an objection.

**10.     COMMUNICATION WITH COURT ON TRIAL DATE OR SETTLEMENT**

Please communicate with Jane Ann Short, Courtroom Deputy, at 479-783-1466, or *jane_ann_short@arwd.uscourts.gov*, to ascertain your position on the calendar as the trial date approaches. In the event of settlement, advise Ms. Short immediately. The case will not be removed from the trial docket until an order of dismissal has been entered.

DATED:        January 31, 2012

                                       AT THE DIRECTION OF THE COURT
                                       CHRISTOPHER R. JOHNSON, CLERK

                                       By:  */s/ Jane Ann Short*
                                                  Courtroom Deputy

3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
_____ DIVISION


PLAINTIFF

v.

CASE NO.


DEFENDANT


WITNESS LIST FOR _____
Plaintiff/Defendant

| Date | For Plaintiff or Defendant | Witness Name | Via Deposition |
|------|----------------------------|--------------|----------------|
|      |                            |              |                |
|      |                            |              |                |
|      |                            |              |                |
|      |                            |              |                |
|      |                            |              |                |
|      |                            |              |                |
|      |                            |              |                |
|      |                            |              |                |
|      |                            |              |                |
|      |                            |              |                |
|      |                            |              |                |
|      |                            |              |                |
|      |                            |              |                |
|      |                            |              |                |
|      |                            |              |                |
|      |                            |              |                |

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
_____ DIVISION

EXHIBIT LIST

PLAINTIFF

V.

CASE NO.

DEFENDANT

| PRESIDING JUDGE<br><br>Hon. P. K. Holmes, III | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
| --- | --- | --- |
| TRIAL DATE(S) | COURT REPORTER<br><br>Rick Congdon | COURTROOM DEPUTY<br><br>Jane Ann Short |

*************************************************************************

| Pltf. No. | Deft. No. | Date Offered | Object. | Stip. | Received | DESCRIPTION OF EXHIBITS |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

5

| Pltf. No. | Deft. No. | Date Offered | Object. | Stip. | Received | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |