United States District Court for the Western District of Arkansas

David Stebbins                                    Plaintiff

vs.                    Case No. 11-3057

Legal Aid of Arkansas                             Defendant

## CERTIFICATE OF SERVICE

I, pro se Plaintiff David Stebbins, do hereby certify that my first request for admissions, first interrogatories, and first request for production, were served on Defense counsel by mailing them to P.O. Box 1688, Fayetteville, AR 72702 on the 31st day of January, 2012.

David Stebbins
5800 Law Dr.
Harrison, AR 72601

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

FEB 02 2012

CHRIS R. JOHNSON, Clerk
By _____ Deputy Clerk

David Stebbins
5800 Law Dr.
Harrison, AR 72601

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72701