United States District Court for the Western District of Arkansas

David Stebbins                                                    Plaintiff

vs.                              Case No. 11-3057

Legal Aid of Arkansas                                          Defendant

CERTIFICATES OF SERVICE

I, pro se Plaintiff David Stebbins, hereby certify under penalty of perjury that true and correct copies of Plaintiff's Responses to Defendant's First Discovery, as well as Plaintiff's Fourth Interrogatory, was served on David Dixon, attorney for the Defense, by mailing copies thereof to P.O. Box 1688, Fayetteville, AR 72702 on the 20th Day of February, 2012.

David Stebbins
/s/ David Stebbins
5800 Law Dr.
Harrison, AR 72601

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
FEB 22 2012
CHRIS R. JOHNSON, Clerk
By _____ Deputy Clerk

David Stebbins
5800 Law Dr.
Harrison, AR 72601

U.S. District Court
35 E. Mountain St.
~~Harrison, AR~~
Fayetteville, AR 72701

UNITED STATES POSTAGE
PITNEY BOWES
$ 000.45⁰
02 1P
0001711484 FEB 21 2012
MAILED FROM ZIP CODE 72601