**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**

DAVID STEBBINS                                                                                                         PLAINTIFF

vs.                                              Case No. CV 11-3057

LEGAL AID OF ARKANSAS                                                                              DEFENDANT

**RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT**
**OR IN THE ALTERNATIVE FOR SANCTIONS OR IN THE**
**ALTERNATIVE TO COMPEL FURTHER COOPERATION**

Comes now Defendant, Legal Aid of Arkansas, and for its Response to Plaintiff's Motion For Default Or In The Alternative For Sanctions Or In The Alternative To Compel Further Cooperation, states and alleges as follows:

1. On February 23, 2012, Plaintiff filed the above motion on the grounds that Defendant has delayed production of Defendant's Initial Disclosures and is proceeding in bad faith by attempting to prevent Plaintiff from having the "full and fair discovery" that he is entitled. (Dkt. No. 33).

2. Plaintiff's allegations of delay and bad faith are unfounded and lack good faith.

3. Defendant has complied with the Federal Rules of Civil Procedure.

4. Defendant denies that Plaintiff made a good faith effort to resolve this supposed discovery dispute.

5. File contemporaneously herewith, and incorporated herein by reference, is Defendant's Brief In Support Of Response to Plaintiff's Motion For Default Or In The Alternative For Sanctions Or In The Alternative To Compel Further Cooperation.

6. Attached hereto are the following exhibits:

   A: Correspondence of Defendant's counsel attempting to contact Plaintiff with regard to Rule 26(f) conference and Rule 26(f) report.

   B: Initial Disclosures.

   C: Correspondence from Plaintiff regarding the initial disclosures.

7. Plaintiff's Motion For Default Or In The Alternative For Sanctions Or In The Alternative To Compel Further Cooperation should be denied.

WHEREFORE, Defendant, Legal Aid of Arkansas, pray that Plaintiff's, David Stebbins, Motion For Default Or In The Alternative For Sanctions Or In The Alternative To Compel Further Cooperation be denied and all just and appropriate relief to which it is entitled.

LEGAL AID OF ARKANSAS

By: /s/ J. David Dixon
    Don A. Taylor    #89139
    J. David Dixon    #05251
    DAVIS, CLARK, BUTT, CARITHERS
       & TAYLOR, PLC
    19 E. Mountain Street
    P.O. Box 1688
    Fayetteville, AR  72702-1688
    Telephone: (479) 521-7600
    Facsimile: (479) 521-7661
    Email: ddixon@davis-firm.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 28th day of February, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System.  I hereby certify that I have mailed the document by the United States Postal Service to the following non CM/ECF participants:

David Stebbins, *Pro Se*
5800 Law Dr.
Harrison, AR 72601

            By: /s/ J. David Dixon
              Don A. Taylor   #89139
              J. David Dixon   #05251
              DAVIS, CLARK, BUTT, CARITHERS
                & TAYLOR, PLC
              19 E. Mountain Street
              P.O. Box 1688
              Fayetteville, AR  72702-1688
              Telephone: (479) 521-7600
              Facsimile: (479) 521-7661
              Email: ddixon@davis-firm.com