## DAVIS, CLARK, BUTT, CARITHERS & TAYLOR, PLC

SIDNEY P. DAVIS, JR.
CONSTANCE G. CLARK
WM. JACKSON BUTT II
KELLY CARITHERS
DON A. TAYLOR
CASEY D. LAWSON

ATTORNEYS AT LAW
19 EAST MOUNTAIN ST.
P. O. BOX 1688
FAYETTEVILLE, ARKANSAS 72702-1688
PHONE (479)521-7600
FAX (479)521-7661
http://www.davis-firm.com

WRITER'S DIRECT E-MAIL
ddixon@davis-firm.com

JOSHUA D. McFADDEN
COLIN M. JOHNSON
J. DAVID DIXON
WILLIAM F. CLARK

OF COUNSEL:
TAMERON C. BISHOP

January 19, 2012

RE: David Stebbins v. Legal Aid of Arkansas; United States District Court, Western District of Arkansas - Case No. 11-3057

David Stebbins
5800 Law Drive
Harrison, AR 72602

Dear Mr. Stebbins:

Please find enclosed Defendant's Response to Plaintiff's Motion to Suspend Proceedings and Brief in Support which has been filed today with the Court. Also, please find enclosed a Rule 26(f) Report. Per the Court's Scheduling Order the Rule 26(f) Report is due on January 31, 2012. As I have not heard from you, I have prepared a proposed draft of this Report. Please respond with your agreement or disagreement of same. If I do not hear from you by January 27, 2012, I will proceed to unilaterally file the Rule 26(f) Report on Legal Aid of Arkansas' behalf.

Sincerely,

DAVIS, CLARK, BUTT, CARITHERS
& TAYLOR, PLC

J. David Dixon

JDD/sks
Enclosure



# DAVIS, CLARK, BUTT, CARITHERS & TAYLOR, PLC

ATTORNEYS AT LAW
19 EAST MOUNTAIN ST.
P. O. BOX 1688
FAYETTEVILLE, ARKANSAS 72702-1688
PHONE (479)521-7600
FAX (479)521-7661
http://www.davis-firm.com

SIDNEY P. DAVIS, JR.
CONSTANCE G. CLARK
WM. JACKSON BUTT II
KELLY CARITHERS
DON A. TAYLOR
CASEY D. LAWSON

JOSHUA D. McFADDEN
COLIN M. JOHNSON
J. DAVID DIXON
WILLIAM F. CLARK

OF COUNSEL:
TAMERON C. BISHOP

**WRITER'S DIRECT E-MAIL**
ddixon@davis-firm.com

December 30, 2011

RE: David Stebbins v. Legal Aid of Arkansas; United States District Court, Western District of Arkansas - Case No. 11-3057

David Stebbins
Boone County Sheriff's Dept.
c/o Chief Tim Roberson
5800 Law Drive
Harrison, AR 72602

**VIA EMAIL: stebbinsd@yahoo.com**
**WITH HARD COPY TO FOLLOW**
David Stebbins
8527 Hopewell Road
Harrison, AR 72601

Dear Mr. Stebbins:

Per my calculations, the Rule 26(f) Conference deadline is January 6, 2012. I have attempted to contact you by email to no success. It is my understanding that you are currently in jail. Please contact me at your earliest convenience so we may work through the Rule 26 Conference. If I fail to hear from you by January 6, 2011, I will inform the court of my inability to get in touch with you, and proceed to propose a unilaterally drafted Rule 26(f) report for the Court.

Sincerely,

DAVIS, CLARK, BUTT, CARITHERS
& TAYLOR, PLC

J. David Dixon

JDD/sks
Enclosure