WESTERN DISTRICT ARKANSAS
FILED
FEB 28 2012
CHRIS R. JOHNSON, CLERK

United States District Court for the Western District of Arkansas

David Stebbins          Plaintiff

vs      Case No. 11-3057

Legal Aid of Arkansas        Defendant

## SUPPLEMENT TO MOTION FOR DEFAULT, SANCTIONS, OR TO COMPEL

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following supplement to Document #33, Plaintiff's Motion for default.

Because the jail's mail staff is incompetent, my motion only got mailed on Feb. 22, even though I wrote the motion on Feb. 15. I have* the jail's camera footage to prove it.

On Feb. 18, I received some of Defendant's initial disclosures, but not all of them. Because the initial disclosures are incomplete, FRCP 37 requires them to be treated as not provided at all. "An evasive or incomplete disclosure, supplement, or response shall be treated as a failure to disclose, supplement, or respond."

Namely, Defendant did not provide 1) a copy of its insurance policy that they admit to having, which was the basis of their motion for extension of time to plead, and 2) the email records which they said are potentially relevant. Defendant merely said that these

*I should have said "I can obtain."

documents are being compiled and would be supplemented. I can understand it taking longer to get more documents ready, but Defendant obviously knew about the daunting task ahead of it, yet it still set the deadline for initial disclosures for Feb. 14. To that end, I defer to the argument in the original motion about not keeping you own deadlines.

Therefore, my motion for default still stands.

/s/ David Stebbins
David Stebbins
5800 Law Dr.
Harrison, AR 72601

## CERTIFICATE OF SERVICE

Defense counsel was served with this document by allowing them to view it on ECF, as the local rules allow.

/s/ David Stebbins
David Stebbins
5800 Law Dr.
Harrison, AR 72601