U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAR 06 2012
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

United States District Court for the
Western District of Arkansas

David Stebbins                                          Plaintiff

vs                          Case No. 11-3057

Legal Aid of Arkansas                                   Defendant

## MOTION FOR PARTIAL SUMMARY JUDGEMENT

Comes now, pro se plaintiff David Stebbins, who hereby submits the following motion for partial summary judgment. Specifically, I seek judgment as a matter of law as to my retaliation claim.

The answers and documents that Defendant itself provided to me show that any disputes of fact as to my retaliation claim (e.g. my disability and the nature of it) are immaterial. Defendant has unwittingly admitted - even if it does not yet realize it - to all relevant facts, and also to the extent of damages.

Wherefore, premises considered, I respectfully request that the Court enter partial summary judgment in my favor, order the defense to cease its retaliatory conduct, and enter a monetary award in the amount of $6,094,000 in compensatory damages, and $60,940,000 in punitive damages, award costs incured, and award other such relief as the court finds appropriate.

It is so humbly requested on this

3rd day of Mar~~Feb~~, 2012

David Stebbins
David Stebbins
5800 Law Dr.
Harrison, AR 72601

David Stebbins
5800 Law Dr.
Harrison AR 72601

U.S. Dist[rict]
35 E. Mou[ntain]
Room 510
Fayetteville