IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                                                    PLAINTIFF

vs.                                              Case No. CV 11-3057

LEGAL AID OF ARKANSAS                                                                  DEFENDANT

### RESPONSE TO PLAINTIFF'S SUPPLEMENTS TO MOTION FOR DEFAULT, SANCTIONS, OR TO COMPEL

Comes now Defendant, Legal Aid of Arkansas ("Legal Aid"), and for its Response to Plaintiff's Supplements To Motion for Default, Sanctions, or to Compel, states and alleges as follows:

1. On February 23, 2012, pro se Plaintiff, David Stebbins, filed a Motion for Default, Sanctions, or To Compel. (Dkt. No. 33). By this motion, Plaintiff, in short, seeks sanctions against Defendant for an alleged delay in Defendant's production of its initial disclosures. *Id*.

2. On February 28, 2012, Legal Aid filed its Response to Plaintiff's Motion For Default, Sanctions, or to Compel. (Dkt. No. 34, 35).

3. On February 28, 2012, after Legal Aid filed its response, Plaintiff files a Supplement To Motion For Default, Sanctions, or to Compel. (Dkt. No. 36).

4. On March 6, 2012, Plaintiff files yet another Supplement To Motion For Default, Sanctions, or to Compel. (Dkt. No. 40).

5. By this response, Legal Aid addresses both of Plaintiff's supplemental motions.

6. Plaintiff's supplemental motions are procedurally improper, lack merit, and should be denied.

7. Legal Aid incorporates and adopts herein, by reference, its Response to Plaintiff's Motion for Default, Sanctions, or To Compel. (Dkt. No. 34, 35)

8. Attached hereto are the following exhibits

- Exhibit A - Legal Aid's Initial Disclosures;

- Exhibit B - Legal Aid's Responses To Plaintiff's Interrogatories and Requests For Production of Documents, and Responses To Request For Admissions;

- Exhibit C - Correspondence from Legal Aid's counsel to Plaintiff asserting objections to Plaintiff's discovery responses.

9. Filed contemporaneously herewith is a brief in support of this response.

WHEREFORE, Legal Aid of Arkansas pray that Plaintiff's Motion For Default be denied, attorney's fees and costs associated with the filing and argument of this motion, and for all other relief it may be entitled.

```
BY:   /s/ J. David Dixon
      Don A. Taylor          #89139
      J. David Dixon         #05251
      DAVIS, CLARK, BUTT, CARITHERS
           & TAYLOR, PLC
      19 E. Mountain Street
      P.O. Box 1688
      Fayetteville, AR  72702-1688
      Telephone: (479) 521-7600
      Facsimile: (479) 521-7661
      Email: ddixon@davis-firm.com
```

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I hereby certify that I have mailed the document by the United States Postal Service to the following non CM/ECF participants:

David Stebbins, *Pro Se*
5800 Law Dr.
Harrison, AR  72601

                       By:  /s/ J. David Dixon
                             Don A. Taylor        #89139
                             J. David Dixon      #05251
                             DAVIS, CLARK, BUTT, CARITHERS
                                 & TAYLOR, PLC
                             19 E. Mountain Street
                             P.O. Box 1688
                             Fayetteville, AR  72702-1688
                             Telephone: (479) 521-7600
                             Facsimile: (479) 521-7661
                             Email: ddixon@davis-firm.com