IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                                              PLAINTIFF

vs.                                      Case No. CV 11-3057

LEGAL AID OF ARKANSAS                                                           DEFENDANT

## INITIAL DISCLOSURES OF DEFENDANT

Come now the defendant, Legal Aid Of Arkansas, and for its Initial Disclosures pursuant to Rule 26(a) of the Federal Rules of Civil Procedure state as follows:

1.     26(a)(1)(A)(i). **The name and, if known, the address and telephone number of each individual likely to have discoverable information -- along with the subjects of that information -- that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:**

It is anticipated that various employees, current and former, of Legal Aid of Arkansas ("Legal Aid") to be identified during the course of discovery, would have knowledge regarding the claims and defenses applicable to this matter, including, but not limited to, Michael Loggains, Chris Jenkins, Margaret Reger, Lina Brown, Andrea Walker, Marshal Prettyman, and Lee Richardson. The identified individuals can be contacted through defendant's counsel.

This is not intended to be an exhaustive list of all persons who may have knowledge or may be called as witnesses at the trial of this cause of action but are those names known at this time that may have discoverable information. As investigation and discovery are continuing with regard to this cause of action, this portion of the Initial Disclosures will be supplemented as additional responsive individuals with knowledge are identified and located.

2.     26(a)(1)(A)(ii). **A copy -- or a description by category and location -- of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody and control and may use to support its claims or defenses, unless the use would be solely for impeachment:**

EXHIBIT A

It is anticipated that various correspondence and emails between Legal Aid and Plaintiff will be used to support Legal Aid's defenses. These documents are still being compiled and will be supplemented in a timely fashion. So too, as additional responsive documents are identified and located, they will be supplemented.

**3.      26(a)(1)(A)(iii). A computation of each category of damages claimed by the disclosing party -- who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered; and**

Not applicable to defendant.

**4.      26(a)(1)(A)(iv). For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

To be supplemented.

LEGAL AID OF ARKANSAS

By: _____

J. David Dixon    #05251
DAVIS, CLARK, BUTT, CARITHERS
    & TAYLOR, PLC
19 E. Mountain Street
P.O. Box 1688
Fayetteville, AR  72702-1688
Telephone: (479) 521-7600
Facsimile: (479) 521-7661
Email: ddixon@davis-firm.com

## CERTIFICATE OF SERVICE

I, J. David Dixon, state on oath that I have served a copy of the foregoing pleading to the following party in the foregoing matter by placing the same in the U.S. mail, postage prepaid, on this 17th day of February, 2012.

David Stebbins, *Pro Se*
5800 Law Dr.
Harrison, AR 72601

_____
David Dixon