United States District Court for the
Western District of Arkansas

David Stebbins                                                    Plaintiff

vs                          Case No. 11-3057

Legal Aid of Arkansas                                     Defendant

CERTIFICATE OF SERVICE

I, pro se Plaintiff David Stebbins, do hereby certify under penalty of perjury that more requests for admissions were served on Defense counsel by mailing them to P.O. Box 1688, Fayetteville, AR 72701 on the 13th day of March, 2012.

David Stebbins
5800 Law Dr.
Harrison, AR 72601

David Stebbins
1800 Law Dr.
Harrison, AR 72601

U.S. District Court
35 E Mountain St.
Room 510
Fayetteville, AR 72701