IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                                          PLAINTIFF

vs.                                          Case No. CV 11-3057

LEGAL AID OF ARKANSAS                                                          DEFENDANT

## MOTION TO DISREGARD AND STRIKE

Comes now Defendant, Legal Aid of Arkansas ("Legal Aid"), and for its Motion To Disregard And Strike, states and alleges as follows:

1.     On February 23, 2012, pro se Plaintiff, David Stebbins, filed a Motion For Default, Sanctions, or To Compel.  (Dkt. No. 33).

2.     On February 28, 2012, Legal Aid filed its Response to Plaintiff's Motion For Default, Sanctions, or to Compel.  (Dkt. No. 34, 35).

3.     On February 28, 2012, after Legal Aid filed its response, Plaintiff files a Supplement To Motion For Default, Sanctions, or to Compel.  (Dkt. No. 36).

4.     On March 6, 2012, Plaintiff files yet another Supplement To Motion For Default, Sanctions, or to Compel.  (Dkt. No. 40).

5.     On March 6, 2012, Plaintiff additionally files a Reply to Legal Aid's Response To Motion For Default, Sanctions, or to Compel ("Reply"). (Dkt. No. 41).

6.     Plaintiff's Reply is not expressly permitted by this Court's Local Rules, is in direct violation of the this Court's Final Scheduling Order, and it should be disregarded and stricken.

7.     Filed contemporaneously herewith is a brief in support of this motion.

WHEREFORE, Legal Aid of Arkansas prays that Plaintiff's Reply to Legal Aid's Response to Motion For Default, Sanction, or to Compel be disregarded, and stricken from the Court Clerk's records, for its attorney's fees and costs associated with the filing and argument of this motion, and for all other relief it may be entitled.

>BY: /s/ J. David Dixon
> Don A. Taylor            #89139
> J. David Dixon           #05251
> DAVIS, CLARK, BUTT, CARITHERS
>     & TAYLOR, PLC
> 19 E. Mountain Street
> P.O. Box 1688
> Fayetteville, AR  72702-1688
> Telephone: (479) 521-7600
> Facsimile: (479) 521-7661
> Email: ddixon@davis-firm.com

## CERTIFICATE OF SERVICE

   I hereby certify that on this 15th day of March, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I hereby certify that I have mailed the document by the United States Postal Service to the following non CM/ECF participants:

David Stebbins, *Pro Se*
5800 Law Dr.
Harrison, AR 72601

          By: /s/ J. David Dixon
             Don A. Taylor    #89139
             J. David Dixon    #05251
             DAVIS, CLARK, BUTT, CARITHERS
               & TAYLOR, PLC
             19 E. Mountain Street
             P.O. Box 1688
             Fayetteville, AR 72702-1688
             Telephone: (479) 521-7600
             Facsimile: (479) 521-7661
             Email: ddixon@davis-firm.com