IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                                                    PLAINTIFF

vs.                                              Case No. CV 11-3057

LEGAL AID OF ARKANSAS                                                                  DEFENDANT

## BRIEF IN SUPPORT OF MOTION TO DISREGARD AND STRIKE

Comes now Defendant, Legal Aid of Arkansas ("Legal Aid"), and for its Brief In Support of Motion To Disregard And Strike states and alleges as follows:

### I. BACKGROUND

On February 23, 2012, pro se Plaintiff, David Stebbins, filed a Motion for Default, Sanctions, Or In The Alternative To Compel Further Cooperation ("Motion For Default"). (Dkt. No. 33). On February 28, 2012, Legal Aid filed its Response To Plaintiff's Motion For Default. (Dkt. No. 34, 35). On February 28, 2012, after Legal Aid filed its Response to Plaintiff's Motion For Default, Plaintiff files a Supplement To Motion For Default. (Dkt. No. 36). On March 6, 2012, Plaintiff files yet another Supplement To Motion For Default. (Dkt. No. 40). On March 6, 2012, Plaintiff, additionally, files a Reply to Legal Aid's Response To Motion For Default ("Reply"). (Dkt. No. 41).

Plaintiff's Reply is not expressly permitted by this Court's Local Rules, is in direct violation of the this Court's Final Scheduling Order, and it should be disregarded and stricken.

### II. RULE AND ARGUMENT

It is well recognized that pro se litigants are not excused from comply with court order or substantive or procedural laws. *Burgs v. Sissel*, 745 F.2d 526, 528 (8th Cir. 1984). Pursuant to the Court's Final Scheduling Order, a party is prohibited from filing a reply to a response to a motion

unless the party first obtains leave of court. (Dkt. No. 29). "A reply filed without leave of court will not be considered." *Id*.

Here, Plaintiff failed to obtain leave of court to file the Reply (or, for that matter, either one of the supplemental motions referenced above, Dkt. No. 36, 40, which are, in essence, replies). Pursuant to the Court's Final Scheduling Order, Plaintiff's Reply should be disregarded.

## III.   CONCLUSION

Plaintiff has failed to comply with the Court's Final Scheduling Order, and his Reply should be disregarded and stricken. For the above reasons, Legal Aid of Arkansas prays that Plaintiff's Reply To Legal Aid of Arkansas' Response To Motion For Default be disregarded and stricken, for attorney's fees and costs associated with the filing and argument of these motions, and for any and all relief to which it may be entitled.

BY: /s/ J. David Dixon
Don A. Taylor            #89139
J. David Dixon           #05251
DAVIS, CLARK, BUTT, CARITHERS
    & TAYLOR, PLC
19 E. Mountain Street
P.O. Box 1688
Fayetteville, AR  72702-1688
Telephone: (479) 521-7600
Facsimile: (479) 521-7661
Email: ddixon@davis-firm.com

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I hereby certify that I have mailed the document by the United States Postal Service to the following non CM/ECF participants:

David Stebbins, *Pro Se*
5800 Law Dr.
Harrison, AR  72601

        By:   /s/ J. David Dixon
                Don A. Taylor      #89139
                J. David Dixon     #05251
                DAVIS, CLARK, BUTT, CARITHERS
                    & TAYLOR, PLC
                19 E. Mountain Street
                P.O. Box 1688
                Fayetteville, AR  72702-1688
                Telephone: (479) 521-7600
                Facsimile: (479) 521-7661
                Email: ddixon@davis-firm.com