IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                                PLAINTIFF

vs.                                   Case No. CV 11-3057

LEGAL AID OF ARKANSAS                                              DEFENDANT

## RESPONSE TO PLAINTIFF'S MOTION
## FOR PARTIAL SUMMARY JUDGMENT

Comes now Defendant, Legal Aid of Arkansas ("Legal Aid"), and for its Response to Plaintiff's Motion For Partial Summary Judgment, states and alleges as follows:

1. By his Motion For Partial Summary Judgment, Plaintiff seeks summary judgment on his retaliation claim, and entry of damages. (Dkt. No. 37).

2. Plaintiff has failed to carry his burden of proof; genuine issues of material fact exist and Plaintiff's Motion For Partial Summary Judgment should be denied.

3. Attached hereto are the following exhibits:

   Exhibit A - Letter from Michael Loggains, Managing Attorney with Legal Aid of Arkansas, to David Stebbins, dated June 16, 2011.

   Exhibit B - Letter from David Stebbins to Legal Aid of Arkansas sent via facsimile, September 3, 2011.

   Exhibit C - Letter from W. Marshall Prettyman, Esq., Director of Litigation with Legal Aid of Arkansas, to David Stebbins, dated September 6, 2011.

   Exhibit D - Letter from David Stebbins to Legal Aid of Arkansas, no date indicated.

Exhibit E - Plaintiff's Response to Interrogatory No. 6 of Plaintiff's Response to Interrogatories and Requests for Production of Documents propounded by Defendant, dated on or about February 20, 2012.

Exhibit F - Letter from Michael Loggains, Managing Attorney with Legal Aid of Arkansas, to David Stebbins, dated February 28, 2011.

Exhibit G - Affidavit of W. Marshall Prettyman, Director of Litigation with Legal Aid of Arkansas.

4. Filed contemporaneously herewith is a brief in support of this motion.

WHEREFORE, Legal Aid of Arkansas prays that Plaintiff's Motion For Partial Summary Judgment be denied, for its attorney's fees and costs associated with the filing and argument of this motion, and for all other relief it may be entitled.

```
BY:   /s/ J. David Dixon
      Don A. Taylor              #89139
      J. David Dixon             #05251
      DAVIS, CLARK, BUTT, CARITHERS
          & TAYLOR, PLC
      19 E. Mountain Street
      P.O. Box 1688
      Fayetteville, AR 72702-1688
      Telephone: (479) 521-7600
      Facsimile: (479) 521-7661
      Email: ddixon@davis-firm.com
```

## CERTIFICATE OF SERVICE

      I hereby certify that on this 20th day of March, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I hereby certify that I have mailed the document by the United States Postal Service to the following non CM/ECF participants:

David Stebbins, *Pro Se*
5800 Law Dr.
Harrison, AR 72601

David Stebbins, *Pro Se*
8527 Hopewell Road
Harrison, AR 72601

                              By: /s/ J. David Dixon
                                   Don A. Taylor        #89139
                                   J. David Dixon      #05251
                                   DAVIS, CLARK, BUTT, CARITHERS
                                       & TAYLOR, PLC
                                   19 E. Mountain Street
                                   P.O. Box 1688
                                   Fayetteville, AR 72702-1688
                                   Telephone: (479) 521-7600
                                   Facsimile: (479) 521-7661
                                   Email: ddixon@davis-firm.com