

# LEGAL AID of ARKANSAS
Equal Access to Justice

June 16, 2011

David Stebbens
1407 North Spring Road
Apt. 5
Harrison, AR  72601

    RE:  *Advice Letter*

Dear Mr. Stebbens,

Please be advised that Legal Aid will be assisting you at this time by providing *advice only*, and that an attorney will not be further representing you in proceedings at this time. I am, with this letter, enclosing all original documents which you forwarded to me to review.

I discussed your current housing arrangements with the Housing Authority and property manager Stephanie Sanders this morning. They have already made you aware that they are terminating your contract with the housing facility which you are currently in. They have the right to do this. The Residential Lease/Rental Agreement was initially entered on August 13, 2008 for a period of 6-months. After that 6-month period, the term of this lease shall automatically extend at the completion of the initial term for a term of one month.... Under the Default and Termination paragraph, it states that either party may terminate this lease after the initial term by written 30-day notice of such intent.

Please be advised that this is not an eviction. It is just that the contract is able to be terminated, and it is my understanding that it has been. This will not prevent you from applying for and hopefully receiving further financial housing assistance in the future.

The legal advice provided up to this time concludes our services to you at this time. Therefore, I am closing your file. If your situation changes or you need legal assistance in the future on another matter, please contact the HelpLine at **1-800-9 LAW AID (1-800-952-9243)** to reapply for service.

With kindest regards and best wishes, I remain,

                                      Sincerely yours,

                                      Michael Loggains
                                      Managing Attorney

Enclosure

**LSC**
FUNDED BY
Legal Services Corporation

HARRISON
816 North Main Street, Suite B • Harrison, AR 72601
Phone: (870) 741-2454 • Fax: (870) 741-4255
Toll Free: (800) 967-9224



EXHIBIT A



United Way