

February 28, 2011

David Stebbens
1407 North Spring Road
Apt. 5
Harrison, AR 72601

    RE:   *Lease/Eviction case*

Dear Mr. Stebbens,

This is in regard to your emails recently received.

In regard to your request for legal assistance in a Title III of Americans with Disabilities Act, I must at this time direct full and complete attention to the eviction case. Due to limited staff and resources, we must limit our representation to the cases which we accept.

With kindest personal regards, I remain,

                                                 Very truly yours,

                                                 Michael Loggains
                                                 Attorney at Law



EXHIBIT F



LSC
FUNDED BY
Legal Services Corporation

HARRISON
816 North Main Street, Suite B • Harrison, AR 72601
Phone: (870) 741-2454 • Fax: (870) 741-4255
Toll Free: (800) 967-9224

