IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                                                    PLAINTIFF

vs.                                           Case No. CV 11-3057

LEGAL AID OF ARKANSAS                                                                  DEFENDANT

## MOTION FOR PARTIAL SUMMARY JUDGMENT

Comes now Defendant, Legal Aid of Arkansas ("Legal Aid"), and for its Motion For Partial Summary Judgment, states and alleges as follows:

1. Plaintiff's cause of action arises from the Title III of the Americans With Disabilities Act, which, in short, prohibits disability discrimination by private entities operating a place of public accommodation. 42 U.S.C. § 12181 et seq.

2. By his Complaint and numerous Amended Complaints, Plaintiff alleged that Legal Aid denied legal services to Plaintiff because of an alleged disability. By his Amended Complaints, Plaintiff further alleged that Legal Aid retaliated against Plaintiff by refusing to represent him in regards to an appeal against Harp & Associates (an uninterested party to the present matter) after Plaintiff had filed the present matter. Legal Aid has denied all substantive allegations.

3. Legal Aid moves for partial summary judgment on Plaintiff's retaliation claim and the alleged compensatory and punitive damages therefrom.

4. Legal Aid contends that Plaintiff has failed to establish a prima facie case of retaliation, and, in any event, cannot offer any evidence to show that Legal Aid's legitimate, non-retaliatory reasons for its decision to not represent Plaintiff in his appeal were pretextual for discriminatory animus.

5. Plaintiff's Complaint and Amended Complaints seek compensatory and punitive damages, and injunctive relief.

6. Compensatory and punitive damages are not available under Title III of the Americans With Disabilities. Nonetheless, Plaintiff has failed to provide any proof to substantiate his compensatory and punitive damages. Thus, Plaintiff's Complaint fails to state a claim for compensatory and punitive damages.

7. Plaintiff has failed to carry his burden of proof; no genuine issues of material fact exist, and Plaintiff's retaliation claim and the alleged damages therefrom should be dismissed as a matter of law.

8. On March 20, 2012, Legal Aid filed its Response To Plaintiff's Motion For Partial Summary Judgment, and a Brief In Support of its Response To Plaintiff's Motion For Partial Summary Judgment. (respectively Dkt. Nos. 47 and 48). These pleadings also concerned Plaintiff's retaliation claim.

9. Defendant incorporates and adopts herein by reference Legal Aid's Response To Plaintiff's Motion For Partial Summary Judgment, and its Brief In Support of its Response To Plaintiff's Motion For Partial Summary Judgment. (respectively Dkt. Nos. 47 and 48).

10. For ease of reference, Legal Aid attaches to the present motion the same exhibits it attached to its prior Response To Plaintiff's Motion For Partial Summary Judgment, Dkt. No. 47, which are:

> Exhibit A - Letter from Michael Loggains, Managing Attorney with Legal Aid of Arkansas, to David Stebbins, dated June 16, 2011.

   Exhibit B - Letter from David Stebbins to Legal Aid of Arkansas sent via facsimile, September 3, 2011.

   Exhibit C - Letter from W. Marshall Prettyman, Esq., Director of Litigation with Legal Aid of Arkansas, to David Stebbins, dated September 6, 2011.

   Exhibit D - Letter from David Stebbins to Legal Aid of Arkansas, no date indicated.

   Exhibit E - Plaintiff's Response to Interrogatory No. 6 of Plaintiff's Response to Interrogatories and Requests for Production of Documents propounded by Defendant, dated on or about February 20, 2012.

   Exhibit F - Letter from Michael Loggains, Managing Attorney with Legal Aid of Arkansas, to David Stebbins, dated February 28, 2011.

   Exhibit G - Affidavit of W. Marshall Prettyman, Director of Litigation with Legal Aid of Arkansas.

  11. Also attached hereto, and submitted to the Court for the first time, are the following exhibits:

   Exhibit H - Page 6 of Plaintiff's Responses To Legal Aid's Discovery Requests.

   Exhibit I - Order Of Dismissal.

  12. Filed contemporaneously herewith is a brief in support of this motion, and a statement of facts in support of this motion.

  WHEREFORE, Legal Aid of Arkansas prays that its Motion For Partial Summary Judgment be granted, for its attorney's fees and costs associated with the filing and argument of this motion, and for all other relief it may be entitled.

LEGAL AID OF ARKANSAS

BY: /s/ J. David Dixon
    Don A. Taylor     #89139
    J. David Dixon     #05251
    DAVIS, CLARK, BUTT, CARITHERS
        & TAYLOR, PLC
    19 E. Mountain Street
    P.O. Box 1688
    Fayetteville, AR 72702-1688
    Telephone: (479) 521-7600
    Facsimile: (479) 521-7661
    Email: ddixon@davis-firm.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 3rd day of April, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I hereby certify that I have mailed the document by the United States Postal Service to the following non CM/ECF participants:

Mr. David Stebbins
123 W. Rodge St., Apt D
Harrison, AR 72601

By: /s/ J. David Dixon
    Don A. Taylor     #89139
    J. David Dixon     #05251
    DAVIS, CLARK, BUTT, CARITHERS
        & TAYLOR, PLC
    19 E. Mountain Street
    P.O. Box 1688
    Fayetteville, AR 72702-1688
    Telephone: (479) 521-7600
    Facsimile: (479) 521-7661
    Email: ddixon@davis-firm.com