September 6, 2011

David Stebbins
1407 N. Springs Rd.
Apt. #5
Harrison, Ar. 72601

Dear Mr. Stebbins:

    I have been referred your fax of September 3, 2011. In the fax you request our assistance on a appeal you feel may be necessary from a detainer action. Please be advised that as required by the federal Legal Services Corporation we have a strict policy as to when we take an appeal. That policy does not provide for us to take appeals where we were not the attorneys at the trial level. As such, your case would not qualify. Additionally, the matter is not ripe for appeal. You have asked us to help you with an appeal of the possession hearing in a detainer action. That is not the final hearing. Indeed if you read the second to last paragraph of the judges decision, it makes it clear that the final hearing will be scheduled some time in the future. It would only be after that hearing the matter would be ripe for appeal.

    There is an additional equally compelling reason we cannot assist you with any appeal. You have filed a suit against Legal Aid of Arkansas. While we have yet to be served, we have been made aware of the filing. It would be a clear conflict of interest to take any case for you at the same time as you are bringing an action against us.

    Finally, you seem to believe since we have represented you in the past, we are some how on permanent retainer. Please be advised that we do not work that way and indeed under the Legal Services Corporation regulations and the priorities set by our Board of Directors, cannot work that way. Each separate legal problem must be the subject of a new application and evaluated in light of our priorities. We have far more applications for services that we have the capacity to handle. And in the present political climate, with continued cuts in domestic programs, we are more likely to be limiting the number of cases we take, rather than expanding. If and when you make an application for services, that application will be considered in light of our priorities at the time of your application. However, at present you have no active case or application with this agency. Further, for the reasons stated above, we will not be able to represent you should you seek to appeal Judge Webb's decision regarding possession.

Very truly yours,

Legal Aid of Arkansas

By: _____
    W. Marshall Prettyman, Esq.
    Director of Litigation



EXHIBIT C