David Stebbins<br>
1407 N Spring Rd<br>
APT #5<br>
Harrison, AR 72601

Dear Legal Aid of Arkansas,

I am David Stebbins, the client who you are helping in a wrongful eviction case. I am most pleased with the quality of the service I have received so far from you; in fact, I like it so much that I wish to offer you another case! This is one you can actually be paid for, because the statute that these defendants violated explicitly allows for the recovery of attorneys fees. Specifically, I am talking about a violation of Title III of the Americans with Disabilities Act.

The defendants in this case are Full Sail University, which is wholly owned by Full Sail, Inc. I filed the action in the Western District of Arkansas. The case number is 10-3090. I am currently appealing the judge's erroneous dismissal of the case. That is currently pending in the 8th Circuit Court of Appeals. The case number for that appeal is 11-1017.

If you review the complaint submitted in 10-3090, you can learn all of the details of this case. It is only two pages, so it should only cost you sixteen cents to view it on pacer.

Please let me know if you are interested in representing me, provided that the Eighth Circuit Court of Appeals reverses the district court's dismissal of the case and remands the case back to the district court. Thank you.

Sincerely,<br><br>
David Stebbins<br>
David Stebbins
