INTERROGATORY NO. 5: Describe in detail any instances in which you allege you were retaliated against because of any report of allegedly discriminatory conduct, including the identity of each person taking part in or witnessing such retaliation.

RESPONSE: When I lost ~~Defendant~~ my unlawful detainer case against Harp & Assoc., I sought Defendant's assistance appealing the case. Defendant refused to represent me on the grounds that I had filed this lawsuit against them.

I was also implicitly retaliated against by Defendant when I attempted to sue Harp & Assoc. for abuse of process. I did not seek Defendant's aid in that case because, on two separate occasions, Defendant had sternly refused to represent me, so it would have been a waste of time to ask them; I already knew the outcome.

I believe that the Director of Litigation in the Fayetteville office of Defendant perpetrated the first count of retaliation (not helping with my appeal) while both he and Loggains co-perpetrated the second.

INTERROGATORY NO. 6: Describe all legal cases in which you were a named party, including the name of the opposing party, whether you were the plaintiff or defendant, the nature of the claims made, jurisdiction, style of the case, case number and year the case was filed, and the outcome.

RESPONSE:

| Plaintiff | Defendant | Claim | Jurisdiction | Case No. | Year |
|---|---|---|---|---|---|
| David Stebbins | Jason Jones | discrimination | federal question | 10-3041 | 2010 |

LOOK ON BACK!!



-5-

EXHIBIT E

| Plaintiff | Defendants | Claim | Jurisdiction | Case No. | Year | Outcome |
|---|---|---|---|---|---|---|
| David Stebbins | Jason Jones | discrimination | federal question | 10-3041 | 2010 | settled |
| David Stebbins | Univ. of AR | discrimination | fed. question | 10-5125 | 2010 | still pending |
| David Stebbins | Wal-Mart | discrimination | fed. question | 10-3086 | 2010 | dismissed; defendant won |
| David Stebbins | Reliable Heat & Air, LLC & Randal Richardson | discrim. | fed. question | 10-3305 | 2010 | appeal pending |
| David Stebbins | Microsoft | contract | diversity | 11-1362 | 2011 | still pending |
| David Stebbins | Google | contract | diversity | don't know | 2011 | def. won |
| David Stebbins | Harp & Associates, LLC | abuse of process | state | don't remember | 2011 | don't know |
| Harp & Assoc. | David Stebbins | unlawful detainer | state | don't remember | 2011 | non-suited |
| David Stebbins | David Stebbins | contract | state | 2011-64-4 | 2011 | non-suited |
| David Stebbins | Rita Stebbins | contract | state | 2011-95-4 | 2011 | non-suited |
| David Stebbins | Texas | contract | diversity | don't remember | 2011 | don't know |
| David Stebbins | AR Supreme Court | Sec. 1983 | fed. question | don't remember | 2011 | dismissed |
| David Stebbins | Fred Kirkpatrick | Sec. 1983 | fed. question | don't remember | 2011 | dismissed |
| David Stebbins | Boone County AR | discrimination & Sec. 1983 | fed. question | | 2011 | still pending |
| David Stebbins | Lew Marczuk | malpractice | state | | 2012 | still pending |