INTERROGATORY NO. 7:   Fully describe what relief and damages you are seeking in this action, and with respect to such damages, itemize the amount of damages applicable to your claim of discrimination versus your claim of retaliation, and how such damages were computed

RESPONSE: The damages for the discrimination are effectively nill, since they were absorbed into the retaliation claim. Defendant would not represent me in my abuse of process claim, even if I asked them to. While I don't know exactly how this case is fairing (mostly because my incarceration prevents me from being able to look it up), I fear that I am having trouble serving process on Defendants, since my mother says I have no updates in that case since my amended complaint. I gave her address and phone number, so she can verify that if you ask her.

Because state court does not offer taxpayer-funded service of process, ~~and because~~ I need an attorney — which I can't afford — to help me even get the case in door! Since I've established Defendant's steadfast ~~refusal to~~ determination to both discriminate and retaliate against me, that means their retaliation proximately caused the likely dismissal of that case.

Therefore, to answer your interrogatory, the compensatory damages I seek are $6,094,000, the damages requested in my abuse of process amended complaint, and the punitive damages are $60,940,000, or ten times the compensatory damages, because Defendant's actions were willful, deliberate, and done in wreckless disregard for my federally protected rights.

However, even though the discrimination damages are nill, I still seek injunctive relief to force Plaintiff's reinstatement into ~~Defend~~ Defendant's clientel. I seek this relief even if the damages are not awarded.

