IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                                                         PLAINTIFF

vs.                                          Case No. CV 11-3057

LEGAL AID OF ARKANSAS                                                                    DEFENDANT

## STATEMENT OF MATERIAL FACTS

Comes now Defendant, Legal Aid of Arkansas ("Legal Aid"), and for its Statement of Material Facts, filed in support of its Motion For Partial Summary Judgment, states and alleges as follows:

1. Plaintiff sought legal services from Legal Aid beginning in February 2011. (Dkt. No. 16).

2. Legal Aid concluded its legal services to Plaintiff on June 16, 2011. (Exhibit A).

3. Plaintiff filed his Complaint on July 20, 2011. (Dkt. No. 1). Legal Aid became aware of Plaintiff's Complaint after it was filed but before it was served. (Exhibit B.)

4. Thereafter, on September 3, 2011, Plaintiff sought additional legal services from Legal Aid for an appeal. (Exhibit C.)

5. On September 6, 2011, Legal Aid declined to represent Plaintiff in the appeal for legitimate non-retaliatory reasons, which included that it was against Legal Aid's policies, against pertinent federal regulations, the underlying case was not ripe for appeal, Plaintiff had not completed an application for representation and it was against applicable Rules of Professional Conduct, Rules of Civil Procedure, and Rules of Appellate Procedure. (Exhibit C and G).

WHEREFORE, Legal Aid of Arkansas prays that its Statement of Material Facts be taken as true, and for all other relief it may be entitled.

-2-

LEGAL AID OF ARKANSAS

BY: /s/ J. David Dixon
  Don A. Taylor    #89139
  J. David Dixon    #05251
  DAVIS, CLARK, BUTT, CARITHERS
   & TAYLOR, PLC
  19 E. Mountain Street
  P.O. Box 1688
  Fayetteville, AR  72702-1688
  Telephone: (479) 521-7600
  Facsimile: (479) 521-7661
  Email: ddixon@davis-firm.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 3rd day of April, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System.  I hereby certify that I have mailed the document by the United States Postal Service to the following non CM/ECF participants:

Mr. David Stebbins
123 W. Rodge St., Apt D
Harrison, AR 72601


        By: /s/ J. David Dixon
          Don A. Taylor    #89139
          J. David Dixon    #05251
          DAVIS, CLARK, BUTT, CARITHERS
           & TAYLOR, PLC
          19 E. Mountain Street
          P.O. Box 1688
          Fayetteville, AR  72702-1688
          Telephone: (479) 521-7600
          Facsimile: (479) 521-7661
          Email: ddixon@davis-firm.com