IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                                                PLAINTIFF

vs.                                      Case No. CV 11-3057

LEGAL AID OF ARKANSAS                                                           DEFENDANT

## MOTION FOR PROTECTIVE ORDER AND SANCTIONS

Comes now Defendant, Legal Aid of Arkansas ("Legal Aid"), and for its Motion For Protective Order And Sanctions, states and alleges as follows:

1. Plaintiff has been noted by various courts as a vexatious and abusive filer.

2. Herein, Plaintiff has filed numerous motions that are either unsupported by facts and law, unprofessional, redundant, immaterial, frivolous, harassing, lack good faith, or are in violation of the Local Rules or Federal Rules of Civil Procedure.

3. Plaintiff has served numerous discovery requests upon Legal Aid that are unnecessary, redundant, and immaterial.

4. Plaintiff has also served numerous communications on Legal Aid that are unprofessional, harassing, and lack good faith.

5. Legal Aid has incurred considerable time and legal expenses in responding to such pleadings, discovery requests, and communications.

6. Plaintiff's conduct is in violation of applicable law, Rule 11 of the Federal Rules of Civil Procedure, is an insult to the professional decorum of the Court, and contrary to the Court's inherent duty to assure efficient and expedient judicial resolution.

7. Legal Aid contends that good cause exists for the Court to enter an order sanctioning Plaintiff for his improper behavior.

8. Legal Aid contends that good cause exists for the Court to enter an order barring Plaintiff from filing any motion in this matter or serving any communication or discovery requests upon Legal Aid that lacks arguable merit, a good faith basis in law and fact, and professional decorousness, and, should Plaintiff violate said order, subject Plaintiff to further sanctions including monetary fines or dismissal of his case with prejudice.

9. Attached hereto are the following exhibits:

Exhibit A - Letter from Defendant's counsel to Plaintiff advising of Rule 26(f) conference and unsuccessful attempts to contact Plaintiff.

Exhibit B - Plaintiff's First Set of Interrogatories and Request for Production of Documents to Defendant;

Exhibit C - Plaintiff's Second Set of Interrogatories to Defendant;

Exhibit D - Plaintiff's Request for Admissions to Defendant;

Exhibit E - Letter from Plaintiff to Defendant's counsel;

Exhibit F - Letter from Plaintiff to Defendant's counsel;

Exhibit G - Letter from Plaintiff to Defendant's counsel responding to deposition request and proposing new settlement offer;

Exhibit H - Letter from Plaintiff to Defendant's counsel;

Exhibit I - Letter from Defendant's counsel to Plaintiff enclosing Responses to Requests for Admissions, Interrogatories and Requests for Production addressing Plaintiff's cynical attitude; and

Exhibit J - Letter from Defendant's counsel to Plaintiff addressing discovery disputes and numerous frivolous demands by Plaintiff.

10. Filed contemporaneously herewith is a brief in support of this motion.

WHEREFORE, Legal Aid of Arkansas prays that its Motion For Protective Order And Sanctions be granted, for its attorney's fees and costs associated with the filing and argument of this motion, and for all other relief it may be entitled.

LEGAL AID OF ARKANSAS

BY:  /s/ J. David Dixon
     Don A. Taylor     #89139
     J. David Dixon     #05251
     DAVIS, CLARK, BUTT, CARITHERS
        & TAYLOR, PLC
     19 E. Mountain Street
     P.O. Box 1688
     Fayetteville, AR 72702-1688
     Telephone: (479) 521-7600
     Facsimile: (479) 521-7661
     Email: ddixon@davis-firm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of April, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I hereby certify that I have mailed the document by the United States Postal Service to the following non CM/ECF participants:

Mr. David Stebbins
123 W. Rodge St., Apt D
Harrison, AR 72601

By:  /s/ J. David Dixon
     Don A. Taylor     #89139
     J. David Dixon     #05251
     DAVIS, CLARK, BUTT, CARITHERS
        & TAYLOR, PLC
     19 E. Mountain Street
     P.O. Box 1688
     Fayetteville, AR 72702-1688
     Telephone: (479) 521-7600
     Facsimile: (479) 521-7661
     Email: ddixon@davis-firm.com