United States District Court for the Western District of Arkansas.

David Stebbins                                                                Plaintiff
vs                          Case No. 11-3057
Legal Aid of Arkansas                                                         Defendant

## INTERROGATORIES

1. Please provide an exhaustive and thorough set of explanations for why you denied everything you denied, and made every defense you made, in both your answer and your response to my request for admissions. Please include such details as why you think my assertions are untrue, what you think the truth is, and what evidence you have to support these claims.

2. Please provide an exhaustive and thorough set of explanations for why you did all the things you admit to doing, and why you didn't do all the things you admit to not doing. Include details requested above.

3. Explain, in as much detail as possible, how you learned about this lawsuit before being served with it.

## REQUEST FOR PRODUCTION

1. Please submit all documents you have where my name, or any portion of it, appears anywhere in the document. Documents which I especially want are 1) the letter I sent you where I explained my Aspergers to you, 2) the letters you sent me vowing to not represent me in any legal matter (Defense counsel should have a copy of the second one of these, as I included it as an attachment to an email to them when I proposed a settlement), and 3) all emails between both Plaintiff and Defendant and Plaintiff and defense counsel.

2. Please submit all documents which verify the factual accuracy of your answers to my interrogatories.

3. Please submit a copy of the liability insurance policy you have which caused you to seek an extension of time to plead.

EXHIBIT B

David Stebbins
David Stebbins
5800 Law. Dr.

United States District Court for the Western District of Arkansas

David Stebbins — Plaintiff
vs
Legal Aid of Arkansas — Defendant

Case No. 11-3057

## REQUEST FOR ADMISSIONS

Please respond to the following request for admissions. You don't have to worry about the back of this sheet; it is merely a jail form that I'm not otherwise using. I'm using it here because I'm out of looseleaf.

1. In February of 2011, I solicited your services.
2. In May 2011, you dropped me from your clientel.
3. No reason was given for your decision to drop me from your clientel.
4. When I informed you of my Asperger Syndrome, you accepted that I have it, and requested no documentation.
5. After dropping me from your clientel, I contacted you by email, explaining the illegality of your actions, and threatening litigation.
6. I contacted you for assistance in an appeal in September of 2011.
7. You refused to assist me in any legal matter because I had filed this discrimination suit.
8. When I needed to sue my former landlord for $6,094,000 for abuse of process, it would have done no good to request your legal assistance, since you already vowed in writing to not represent me in any matter, as long as I am suing you for discrimination.
9. Because you would not represent me in that matter, my case was dismissed due to my inability to serve my former landlord with the summons and complaint within the 120 day time limit.

David Stebbins
5800 Law Dr.