United States District Court for the Western District of Arkansas

David Stebbins                                   Plaintiff

vs                        Case No. 11-3057

Legal Aid of Arkansas                      Defendant

## INTERROGATORIES

Interrogatory #4: Please provide an exhaustive and ~~issuro~~ thorough set of specific objections you have to the factual accuracy of all documents, statements, and affidavits (including responses to interrogatories) submitted by me and/or my witnesses. Please remember 1) I asked for documents which verify the factual accuracy of your responses to my interrogatories, and 2) you are required - as you yourself described in your tenth interrogatory - to keep your responses up to date.

David Stebbins
*David Stebbins*
5800 Law Dr.
Harrison, AR 72601

EXHIBIT C