Dear David Dixon,

Please find enclosed my responses to your interrogatories and requests for productions.

I want you to know that I will NOT be withdrawing my motion for default just because you finally got me the initial disclosures. You yourself set the deadlines for those things, and despite ~~having two~~ taking two additional days, you STILL could not get the full disclosures! This is simply unacceptable and reeks of incompetence and/or malice on the part of the Defense Counsel, and you deserve to be punished for it.

Please also find an additional interrogatory. Also, be advised that I requested that you produce all documents where my name appears. You requested my medical records and litigation history, so you obviously plan to look at them. ~~Since you obvious~~ According to the nuance in FRCP 26 that you yourself described in interrogatory #12 that means you must send me copies of every single damned page of my med records and litigation history that you pull. Hey, don't look at me! YOU'RE the one who asked for it! Have fun!

EXHIBIT E

David Stebbins
David Stebbins
5800 Law Dr.
Harrison, AR 72601