Dear Mr. Dixon,

I am writing to do two things:
1. Respond to your deposition request, and
2. Propose a new settlement offer.

As for the deposition, you can stop by the jail anytime. Lawyers can see inmates whenever. Just call ahead of time to ask the jail staff if I am still here, because I may bond out at anytime. This jail has a special room where lawyers talk to inmates in private. So yeah, come by anytime.

Now on with my settlement offer. By now, you have noticed my motion for PSJ. Even if you won't admit it, you know I am in the right. Legal Aid will go bankrupt if my offer is not accepted, and you know it. A ten-year-old knows it.

My offer is to settle for $60,000,000, but you can pay it in installments. For the next fifty years, your client pays $300,000 per quarter annum. Payments will be due on Jan. 1, April 1, July 1, and Oct. 1, except your first payment is due immediately and your next payment won't be due until October 1, 2012.

Here are some suggestions for what your client can do to offset these costs:
1. Charge clients small retainers (e.g. $20).
2. Take some cases on contingency.

EXHIBIT G

3. Fire Loggains and Prettyman, and then sue them for making LAofAR liable.
4. Cut salaries.

Employing all of these tactics will probably get you the $100k per month that your clients will need. Hell, charging 20,000 clients $5 per month will probably do it for you!

If you wish to accept this offer, come by the jail with a more formal contract and a check for $300,000. The jail staff can provide one of my checkbooks, so I can give you a voided check, so you can automatically deposit the funds each quarter.

Whether you come by the jail for the deposition, the settlement, or to make a counter-offer to the settlement, I hope to see you soon.

Sincerely,
David Stebbins
*David Stebbins*