Dear Mr. Dixon,

I would like to take this opportunity to explain another reason why your client should accept my settlement. Namely, your client's employees could go to jail. They committed perjury.

In its Answer, Defendant denied that I have Aspergers, and that I am disabled. You incorporated by reference your Answer into your response to my fourth interrogatory. Therefore, you effectively claimed under oath that I am not disabled.

However, this is a lie and you* know it. More than half of the documents you submitted as Defendant's Response to Plaintiff's Request for Production clearly show that Legal Aid considered me disabled. One big example is bates stamped 076, a letter to my former landlord where Micheal Loggains said flat-out that I am "a qualified individual with a disability."

That is only one of the many proofs you gave me that you were fucking lying (and yes, the profanity is necessary) when you denied that I am disabled. And when I say "you," that includes specifically you, Dixon, because you obviously failed to perform a due diligence investigation.

By accepting my settlement offer, your client not only gets to stay in business, but also gets to keep

*they

EXHIBIT H

its sorry ass out of jail. And trust me (and I'm speaking from first-hand experience here), jail is NOT fun! It would take NOTHING for me to find the address for the FBI and federal prosecutor and tell them about this, and to top it all off, it's all on Pacer, so little to know investigation is needed!

So, as you can see, this settlement is in your best interest. Please seriously consider it.

sincerely,
David Stebbins
*David Stebbins*