IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS											PLAINTIFF

vs.						Case No. CV 11-3057

LEGAL AID OF ARKANSAS									DEFENDANT

### RESPONSE TO PLAINTIFF'S MOTION
### FOR PARTIAL SUMMARY JUDGMENT

Comes now Defendant, Legal Aid of Arkansas ("Legal Aid"), and for its Response to Plaintiff's Motion For Partial Summary Judgment, Dkt. No. 58, states and alleges as follows:

1. On April 23, 2012, Plaintiff filed his present and second motion for summary judgment. By it, Plaintiff argues that he is entitled to summary judgment on his discrimination claim against Legal Aid.

2. Plaintiff's argument is entirely premised upon Legal Aid's alleged failure to respond to Plaintiff's previously propounded Requests For Admissions.

3. Plaintiff is incorrect. Legal Aid timely served its responses to Plaintiff's Requests For Admissions. Yet, due to what appears to be the Court's clerical error, the responses were sent to an incorrect address.

4. As set forth in more detail in the brief in support, filed contemporaneously herewith, for good cause shown, Legal Aid's Responses to Plaintiff's Requests For Admission should be considered timely served upon Plaintiff, and, as such, Plaintiff's Motion For Partial Summary Judgment should be denied as a matter of law.

5. Attached hereto are the following exhibits:

Exhibit A - Plaintiff's Requests For Admission

Exhibit B - Copy of Notice Of Electronic Filing received by Legal Aid's counsel showing incorrect address;

Exhibit C - Legal Aid's Responses To Plaintiff's Requests For Admission;

Exhibit D - correspondence from Legal Aid's counsel to Plaintiff attempting to resolve dispute.

Exhibit E - correspondence from Legal Aid's counsel to Plaintiff forwarding a copy of Responses To Requests For Admission.

6. Should the Court find that the above-referenced clerical error does not justify denying Plaintiff's Motion For Partial Summary Judgment, Legal Aid requests an additional 10 days, from entry of the Court's order to that effect, to respond to Plaintiff's substantive arguments.

WHEREFORE, Legal Aid of Arkansas prays that Plaintiff's Motion For Partial Summary Judgment be denied, for its attorney's fees and costs associated with the filing and argument of this motion, and for all other relief it may be entitled.

BY: /s/ J. David Dixon
Don A. Taylor           #89139
J. David Dixon          #05251
DAVIS, CLARK, BUTT, CARITHERS
    & TAYLOR, PLC
19 E. Mountain Street
P.O. Box 1688
Fayetteville, AR 72702-1688
Telephone: (479) 521-7600
Facsimile: (479) 521-7661
Email: ddixon@davis-firm.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this 30th day of April, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I hereby certify that I have mailed the document by the United States Postal Service to the following non CM/ECF participants:

Mr. David Stebbins  
123 W. Ridge St., Apt D  
Harrison, AR 72601

                      By:  /s/ J. David Dixon  
                             Don A. Taylor      #89139  
                             J. David Dixon      #05251  
                             DAVIS, CLARK, BUTT, CARITHERS  
                                 & TAYLOR, PLC  
                             19 E. Mountain Street  
                             P.O. Box 1688  
                             Fayetteville, AR  72702-1688  
                             Telephone: (479) 521-7600  
                             Facsimile: (479) 521-7661  
                             Email: ddixon@davis-firm.com