**David Dixon**

| | |
|---|---|
| **From:** | NEF@arwd.uscourts.gov |
| **Sent:** | Friday, March 23, 2012 1:22 PM |
| **To:** | NEF@arwd.uscourts.gov |
| **Subject:** | Activity in Case 3:11-cv-03057-PKH Stebbins v. Legal Aid of Arkansas Notice of Change of Address - TEXT ONLY |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U. S. District Court

## Western District of Arkansas

**Notice of Electronic Filing**

The following transaction was entered on 3/23/2012 at 1:21 PM CDT and filed on 3/23/2012
**Case Name:**        Stebbins v. Legal Aid of Arkansas
**Case Number:**   3:11-cv-03057-PKH
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**TEXT ONLY NOTICE of Change of Address for David Stebbins. new address is 123 W. Rodge St., APT D, Harrison, AR 72601 as provided by the Plaintiff.(sh)**

**3:11-cv-03057-PKH Notice has been electronically mailed to:**

Don Allen Taylor dtaylor@davis-firm.com, federalfiling@davis-firm.com, lkeys@davis-firm.com

J. David Dixon ddixon@davis-firm.com, federalfiling@davis-firm.com, ssimpson@davis-firm.com

**3:11-cv-03057-PKH Notice has been delivered by other means to:**

David Stebbins
123 W. Ridge St., APT D
Harrison, AR 72601



EXHIBIT B