**David Dixon**

**From:** David Dixon
**Sent:** Thursday, April 26, 2012 9:29 AM
**To:** 'David Stebbins'
**Subject:** RE: Activity in Case 3:11-cv-03057-PKH Stebbins v. Legal Aid of Arkansas Notice of Change of Address - TEXT ONLY

Mr. Stebbins,

Given your recalcitrant history, I didn't expect you to cooperate in regard with this issue. I will take it up with the court.

To address the only salient issue you make below – if you are to look at all the pleadings Legal Aid filed since you changed your address you will note that each was sent to the Rodge address. Legal Aid's Motion To Strike, filed prior to your change of address, was originally sent to the jail address. It was returned as undeliverable as you had apparently been released from jail, yet had not updated your address with the court. Not knowing your current address, I forwarded the Motion to Strike to your old address: 8527 Hopewell Rd. If you look at the letter that accompanied the Motion To Strike you will see that your old address is listed thereon. I assume the reason you received the Motion To Strike at your new address is because you had your mail forwarded from your old address to your new address, or, perhaps, the post office figured out the error. In any event, my/Legal Aid's reliance on the court's erroneous reporting of your address has been consistent throughout.

Given the error, I also question whether you have received Legal Aid's motion for summary judgment, which was filed after you changed your address, and was sent to the Rodge address. I will forward a copy to you today by mail.



**J. David Dixon**
Davis, Clark, Butt, Carithers, & Taylor, PLC
19 East Mountain St.
P.O. Box 1688
Fayetteville, AR 72702-1688
Tel: (479) 521-7600
Fax (479) 521-7661
ddixon@davis-firm.com

CONFIDENTIALITY STATEMENT
This electronic message transmission, and any prior or subsequent transmissions in the same "e-mail chain", contains information from the law firm of Davis, Clark, Butt, Carithers & Taylor, PLC, and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (479-521-7600) immediately.

Notice: Any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any tax-related matters addressed herein.

**From:** David Stebbins [mailto:stebbinsd@yahoo.com]
**Sent:** Wednesday, April 25, 2012 7:33 PM
**To:** David Dixon
**Subject:** Re: Activity in Case 3:11-cv-03057-PKH Stebbins v. Legal Aid of Arkansas Notice of Change of Address - TEXT ONLY

Dixon, who the hell do you think you're kidding? I'm not as dumb as most pro se litigants. Honestly, there's so many problems with this email... where the hell do I begin?

1



First of all, you sent me your motion to strike, even before I had updated my address with the Court! I *received* the motion to strike at my new address, which means you obviously did some detective work to learn of my new address, without me even having to notify the Court of it! So... it's entirely your fault if you get the address wrong, since you've gotten it right in the past.

Second, the Court most certainly did *not* update my address wrong! Here, Here's a screenshot of the PACER files for our case. Look at Document #50; it so *clearly* says "W. R*i*dge," with an I!

Third, don't you think you would have been just a little bit more credible if you had uploaded a certificate of service to the ECF, stating under oath that you had timely served me with your response to my request for production? You've probably noticed the certificates of service that I have uploaded regarding discovery; why haven't you done the same? Maybe because... you haven't actually served me?

Last but certainly not least, that email you sent me, even if we were to assume that service is legally sufficient, it only adds strength to my motion for default. Remember, the grounds for my default are that you are exhibiting a pattern of intentional delay, which is the precedent for disqualifying a party; see Siems v. City of Minneapolis, 560 F. 3d 824, 826 (8th Cir. 2009).

If your email is all you sent to me in the mail, that means you have not updated your responses to my first Interrogatories and first set of Requests for Production, where I asked you to explain your denials, and also to provide documentation to verify the factual accuracy of your explanations.

So, your response, even if it does not entitle me to summary judgment, it still adds strength to my argument that you are discovery-dodging, giving strength to my motion for default.

So please, stop trying to kid people; you're not very good at it.

Sincerely,
David Stebbins

---

**From:** David Dixon <ddixon@davis-firm.com>
**To:** David Stebbins <stebbinsd@yahoo.com>
**Sent:** Wednesday, April 25, 2012 9:20 AM
**Subject:** FW: Activity in Case 3:11-cv-03057-PKH Stebbins v. Legal Aid of Arkansas Notice of Change of Address - TEXT ONLY

Mr. Stebbins,

I have received your recent motion for summary judgment. I note your summary judgment is premised entirely on Legal Aid's alleged failure to timely serve its requests for admissions. I will represent to you now that those responses to requests for admission were actually timely served. They were served on April 12, 2012, before the response deadline. The responses were served to the address reported by the court: "123 W. Rodge St." See below. I will send a copy of the actual responses under separate cover.

I have recently come to discover that your actual address is "123 W. Ridge St." If you haven't yet received the responses, I assume the incorrect address is to blame. Thus, it is Legal Aid's position that the responses were timely served. Although, on first blush, your motion for summary judgment is understandable, I am, hereby, placing you on notice that it is based on a clerical error and lacks any proper foundation. I request that you immediately withdraw your motion for summary judgment.

If you fail to withdraw the motion, I will file a response and request attorney's fees for the costs incurred by Legal Aid in drafting and arguing against your motion. I believe such a request for fees has considerable merit, as you

2

have now been put on notice of the court's clerical error and have ample opportunity to resolve a problem that was neither of the party's doing.



**J. David Dixon**
Davis, Clark, Butt, Carithers, & Taylor, PLC
19 East Mountain St.
P.O. Box 1688
Fayetteville, AR 72702-1688
Tel: (479) 521-7600
Fax (479) 521-7661
ddixon@davis-firm.com

CONFIDENTIALITY STATEMENT
This electronic message transmission, and any prior or subsequent transmissions in the same "e-mail chain", contains information from the law firm of Davis, Clark, Butt, Carithers & Taylor, PLC, and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (479-521-7600) immediately.
Notice: Any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any tax-related matters addressed herein.

**From:** NEF@arwd.uscourts.gov [mailto:NEF@arwd.uscourts.gov]
**Sent:** Friday, March 23, 2012 1:22 PM
**To:** NEF@arwd.uscourts.gov
**Subject:** Activity in Case 3:11-cv-03057-PKH Stebbins v. Legal Aid of Arkansas Notice of Change of Address - TEXT ONLY

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.
U. S. District Court
Western District of Arkansas

## Notice of Electronic Filing

The following transaction was entered on 3/23/2012 at 1:21 PM CDT and filed on 3/23/2012
**Case Name:** Stebbins v. Legal Aid of Arkansas
**Case Number:** 3:11-cv-03057-PKH
**Filer:**
**Document Number:** No document attached
**Docket Text:**
**TEXT ONLY NOTICE of Change of Address for David Stebbins. new address is 123 W. Rodge St., APT D, Harrison, AR 72601 as provided by the Plaintiff.(sh)**

**3:11-cv-03057-PKH Notice has been electronically mailed to:**

Don Allen Taylor dtaylor@davis-firm.com, federalfiling@davis-firm.com, lkeys@davis-firm.com

J. David Dixon ddixon@davis-firm.com, federalfiling@davis-firm.com, ssimpson@davis-firm.com

3:11-cv-03057-PKH Notice has been delivered by other means to:

David Stebbins
123 W. Ridge St., APT D
Harrison, AR 72601