## DAVIS, CLARK, BUTT, CARITHERS & TAYLOR, PLC

ATTORNEYS AT LAW
19 EAST MOUNTAIN ST.
P. O. BOX 1688
FAYETTEVILLE, ARKANSAS 72702-1688
PHONE (479)521-7600
FAX (479)521-7661
http://www.davis-firm.com

SIDNEY P. DAVIS, JR.
CONSTANCE G. CLARK
WM. JACKSON BUTT II
KELLY CARITHERS
DON A. TAYLOR
CASEY D. LAWSON
JOSHUA D. McFADDEN
COLIN M. JOHNSON

J. DAVID DIXON
WILLIAM F. CLARK

**WRITER'S DIRECT E-MAIL**
ddixon@davis-firm.com

April 25, 2012

RE:     David Stebbins v. Legal Aid of Arkansas; United States District Court, Western District of Arkansas - Case No. 11-3057

Mr. David Stebbins
123 W. Ridge St., Apt D
Harrison, AR 72601

Dear Mr. Stebbins:

Please find herein Defendant's Responses to Plaintiff's Requests for Admissions.   Per the Court's March 23, 2012, Text Only Order, enclosed, these responses were previously sent on April 12, 2012, to 123 Rodge St.

It has recently come to my attention that the Court's Order was incorrect as it referenced "Rodge St." when your actual address is "123 Ridge St." Due to the Court's clerical error, I am considering these responses timely served, although to the incorrect address.

Sincerely,

DAVIS, CLARK, BUTT, CARITHERS
& TAYLOR, PLC

J. David Dixon

JDD/sks
Enclosure


EXHIBIT
E