IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                                            PLAINTIFF

vs.                                       Case No. CV 11-3057

LEGAL AID OF ARKANSAS                                                           DEFENDANT

## STATEMENT OF MATERIAL FACTS

Comes now Defendant, Legal Aid of Arkansas ("Legal Aid"), and for its Statement of Material Facts, filed in support of its Response To Plaintiff's Motion For Partial Summary Judgment, states and alleges as follows:

1. Legal Aid objects to the entirety of Plaintiff's Statement of Facts In Support Of Motion For Partial Summary Judgment, Dkt. No. 60.

2. A genuine dispute exists to the alleged facts submitted by Plaintiff within his Statement of Facts as it is based on an erroneous conclusion of procedural law regarding Legal Aid's Responses To Requests For Admissions.

3. Legal Aid incorporates herein by reference its Responses To Requests For Admissions, Exhibit C, attached to its Response To Plaintiff's Motion For Partial Summary Judgment, Dkt. No. 62.

WHEREFORE, Legal Aid of Arkansas prays that its Statement of Material Facts be taken as true, and for all other relief it may be entitled.

BY: /s/ J. David Dixon
Don A. Taylor #89139
J. David Dixon #05251
DAVIS, CLARK, BUTT, CARITHERS
    & TAYLOR, PLC
19 E. Mountain Street
P.O. Box 1688
Fayetteville, AR 72702-1688
Telephone: (479) 521-7600
Facsimile: (479) 521-7661
Email: ddixon@davis-firm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I hereby certify that I have mailed the document by the United States Postal Service to the following non CM/ECF participants:

Mr. David Stebbins
123 W. Ridge St., Apt D
Harrison, AR 72601

By: /s/ J. David Dixon
Don A. Taylor #89139
J. David Dixon #05251
DAVIS, CLARK, BUTT, CARITHERS
    & TAYLOR, PLC
19 E. Mountain Street
P.O. Box 1688
Fayetteville, AR 72702-1688
Telephone: (479) 521-7600
Facsimile: (479) 521-7661
Email: ddixon@davis-firm.com