IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                                                    PLAINTIFF

vs.                                              Case No. CV 11-3057

LEGAL AID OF ARKANSAS                                                            DEFENDANT

## MOTION FOR SANCTIONS

Comes now Defendant, Legal Aid of Arkansas ("Legal Aid"), and for its Motion For Sanctions, states and alleges as follows:

1. Plaintiff's deposition was set for July 5, 2012, at 10:00 a.m. in Harrison, Arkansas.

2. In accordance with Rule 30 of the Federal Rules of Civil Procedure, on June 21, 2012, Legal Aid properly notified Plaintiff of the deposition. (Exhibit A).

3. On July 3, 2012, counsel for Legal Aid contacted Plaintiff by email to confirm the date and time of the deposition. Plaintiff responded in the affirmative. (Exhibit B)

4. Plaintiff failed to appear for his deposition. (Exhibit C).

5. Legal Aid has incurred considerable time and legal expenses by Plaintiff's failure to submit to his deposition.

6. Per Rule 37 of the Federal Rules of Civil Procedure, Legal Aid contends that good cause exists for the Court to enter an order sanctioning Plaintiff for his failure to attend his deposition.

7. Attached hereto are the following exhibits:

   Exhibit A -   Notice of Deposition

   Exhibit B -   Email chain between Plaintiff and Legal Aid's counsel dated July 3, 2012, and July 5, 2012.

   Exhibit C -   Deposition Transcript - Record of Non-Attendance.

8.  Filed contemporaneously herewith is a brief in support of this motion.

WHEREFORE, Legal Aid of Arkansas prays that its Motion For Sanctions be granted, that Plaintiff's action be dismissed, for its attorney's fees and costs associated with Plaintiff's failure to appear at his deposition, for the filing and argument of this motion, and for all other relief it may be entitled.

            LEGAL AID OF ARKANSAS

           BY: /s/ J. David Dixon
             Don A. Taylor   #89139
             J. David Dixon   #05251
             DAVIS, CLARK, BUTT, CARITHERS
               & TAYLOR, PLC
             19 E. Mountain Street
             P.O. Box 1688
             Fayetteville, AR  72702-1688
             Telephone: (479) 521-7600
             Facsimile: (479) 521-7661
             Email: ddixon@davis-firm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of July, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System.  I hereby certify that I have mailed the document by the United States Postal Service to the following non CM/ECF participants:

Mr. David Stebbins
123 W. Ridge St., Apt D
Harrison, AR 72601

           By: /s/ J. David Dixon
             Don A. Taylor   #89139
             J. David Dixon   #05251
             DAVIS, CLARK, BUTT, CARITHERS
               & TAYLOR, PLC
             19 E. Mountain Street
             P.O. Box 1688
             Fayetteville, AR  72702-1688
             Telephone: (479) 521-7600
             Facsimile: (479) 521-7661
             Email: ddixon@davis-firm.com