## DAVIS, CLARK, BUTT, CARITHERS & TAYLOR, PLC

ATTORNEYS AT LAW
19 EAST MOUNTAIN ST.
P. O. BOX 1688
FAYETTEVILLE, ARKANSAS 72702-1688
PHONE (479)521-7600
FAX (479)521-7661
http://www.davis-firm.com

SIDNEY P. DAVIS, JR.
CONSTANCE G. CLARK
WM. JACKSON BUTT II
KELLY CARITHERS
DON A. TAYLOR
CASEY D. LAWSON
JOSHUA D. McFADDEN
COLIN M. JOHNSON

J. DAVID DIXON
WILLIAM F. CLARK

WRITER'S DIRECT E-MAIL
ddixon@davis-firm.com

June 21, 2012

RE: David Stebbins v. Legal Aid of Arkansas; United States District Court, Western District of Arkansas - Case No. 11-3057

**VIA CERTIFIED MAIL:7011 1150 0000 9164 1959**
**RETURN RECEIPT REQUESTED:**
Mr. David Stebbins
123 W. Ridge St., Apt D
Harrison, AR 72601

Dear Mr. Stebbins:

Enclosed please find a Notice to take your deposition on July 5, 2012, at 10:00 a.m., in Harrison at the J. Smith Henley Federal Building. Please note that this Notice also requires you to bring any and all documents not previously provided pertaining to the above-referenced lawsuit; including those documents responsive to Defendant's First Set of Interrogatories and Requests for Production of Documents.

Should you have any questions, please feel free to contact me.

Sincerely,

DAVIS, CLARK, BUTT, CARITHERS
& TAYLOR, PLC

J. David Dixon

JDD/sks
Enclosure


EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                                PLAINTIFF

vs.                                    Case No. CV 11-3057

LEGAL AID OF ARKANSAS                                                         DEFENDANT

## NOTICE TO TAKE DEPOSITION

TO:   David Stebbins
      123 W. Ridge St., Apt D
      Harrison, AR 72601

Notice is hereby given that, in accordance with Rule 30 of the Federal Rules of Civil Procedure, Defendant's counsel shall take the deposition of Plaintiff David Stebbins, in regards to the above-styled cause. Said deposition will be held at the J. Smith Henley Federal Building, 402 North Walnut Street, Harrison, Arkansas 72601, in Room 222, on July 5, 2012 at 10:00 a.m. Said deposition will be taken before a court reporter who is duly qualified and commissioned as a notary public. Pursuant to Rule 30 of the Federal Rules of Civil Procedure, David Stebbins, is directed to appear and bring with him the following:

1.   Any and all documents not previously provided pertaining to the above-referenced lawsuit; including those documents responsive to Defendant's First Set of Interrogatories and Requests for Production of Documents.

This deposition shall be taken for all purposes allowed pursuant to the Federal Rules of Civil Procedure, including but not limited to Rule 32, and all other applicable Statutes or Rules of Civil Procedure or Rules of Court.

Respectfully submitted,

LEGAL AID OF ARKANSAS

By: _____
J. David Dixon                    #05251
DAVIS, CLARK, BUTT, CARITHERS
     & TAYLOR, PLC
P.O. Box 1688
Fayetteville, AR 72702-1688
Telephone: (479) 521-7600
Facsimile: (479) 521-7661
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I, J. David Dixon, certify that I have served the following counsel of record in the foregoing matter with a copy of this pleading by depositing the same in the U.S. Mail, postage prepaid, this 21st day of June, 2012.

Mr. David Stebbins
123 W. Ridge St., Apt D
Harrison, AR 72601

_____
J. David Dixon

2

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT** — Legal Aid - Stebbins JDD
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ 0.45 |
| Certified Fee | 2.95 |
| Return Receipt Fee (Endorsement Required) | 2.35 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.75 |

Article Number: 7011 1150 0000 9164 1959

Postmark: FAYETTEVILLE, AR 72701 — JUN 21 2012

Sent To: David Stebbins
Street, Apt. No.; or PO Box No.: 123 W. Ridge St., Apt. D
City, State, ZIP+4: Harrison, AR 72601

PS Form 3800, August 2006

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David Stebbins
123 W. Ridge St., Apt. D
Harrison, AR 72601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): D Stebbins
C. Date of Delivery: 6-22

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7011 1150 0000 9164 1959

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

DAVIS, CLARK, BUTT,
CARITHERS & TAYLOR PLC
P.O. DRAWER 1688
FAYETTEVILLE, AR 72702
479/521-7600

JDD - Legal Aid - Stebbins