# David Dixon

**From:** David Stebbins [stebbinsd@yahoo.com]
**Sent:** Thursday, July 05, 2012 12:30 PM
**To:** David Dixon
**Subject:** Re: Stebbins v Legal Aid - deposition

Woah woah, hang on there, tiger!  The deposition notice you sent me said it was scheduled for 2PM!

---

**From:** David Dixon <ddixon@davis-firm.com>
**To:** David Stebbins <stebbinsd@yahoo.com>
**Sent:** Thursday, July 5, 2012 10:10 AM
**Subject:** Re: Stebbins v Legal Aid - deposition

Mr. Stebbins, it is now 10:07 a.m., and you have not shown for your deposition.  I will continue to wait until 10:30 a.m. for you to arrive.  If you fail to appear I will be seeking sanctions against you.

J. David Dixon
(Sent from my iPhone)
19 E. Mountain St.
Fayetteville, AR. 72701
479-521-7600

On Jul 3, 2012, at 12:40 PM, "David Stebbins" <stebbinsd@yahoo.com> wrote:

> Ok, well, here's some more information for you:
>
> You know how you said that I need to bring my responses to your discovery requests, including those I haven't already provided?  Well, forget it.  My objections still stand.  Even though some of them no longer apply (e.g. the incarceration preventing me from getting the medical records), the portions of the objections that do still stand are valid enough.  What you've already got... that's all you get from me.

---

**From:** David Dixon <ddixon@davis-firm.com>
**To:** David Stebbins <stebbinsd@yahoo.com>
**Sent:** Tuesday, July 3, 2012 12:14 PM
**Subject:** RE: Stebbins v Legal Aid - deposition

Mr. Stebbins, I am not trying to be difficult, but tomorrow is a holiday, many people are off work.  So, really, all we have is the remainder of today.

You have been provided a valid address; that is the extent of Legal Aid's duty to inform you as to the location of the deposition.  You live in Harrison, you have computer access, I suspect you have been to the Federal Building several times; I am sure you are capable of finding the building.

<image001.png>
**J. David Dixon**
Davis, Clark, Butt, Carithers, & Taylor, PLC
19 East Mountain St.
P.O. Box 1688
Fayetteville, AR 72702-1688
Tel: (479) 521-7600
Fax (479) 521-7661


EXHIBIT B

ddixon@davis-firm.com

CONFIDENTIALITY STATEMENT
This electronic message transmission, and any prior or subsequent transmissions in the same "e-mail chain", contains information from the law firm of Davis, Clark, Butt, Carithers & Taylor, PLC, and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (479-521-7600) immediately.
Notice: Any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any tax-related matters addressed herein.

**From:** David Stebbins [mailto:stebbinsd@yahoo.com]
**Sent:** Tuesday, July 03, 2012 12:04 PM
**To:** David Dixon
**Subject:** Re: Stebbins v Legal Aid - deposition

Well, you have two more days to try to contact them to confirm it.

**From:** David Dixon <ddixon@davis-firm.com>
**To:** David Stebbins <stebbinsd@yahoo.com>
**Sent:** Tuesday, July 3, 2012 11:22 AM
**Subject:** RE: Stebbins v Legal Aid - deposition

Yes, it is the Federal District Court in Harrison, where federal trials are held. I do not know if it is across the street from Northark Campus. My clients are unavailable to comment.

<image001.png>
**J. David Dixon**
Davis, Clark, Butt, Carithers, & Taylor, PLC
19 East Mountain St.
P.O. Box 1688
Fayetteville, AR 72702-1688
Tel: (479) 521-7600
Fax (479) 521-7661
ddixon@davis-firm.com

CONFIDENTIALITY STATEMENT
This electronic message transmission, and any prior or subsequent transmissions in the same "e-mail chain", contains information from the law firm of Davis, Clark, Butt, Carithers & Taylor, PLC, and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (479-521-7600) immediately.
Notice: Any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any tax-related matters addressed herein.

**From:** David Stebbins [mailto:stebbinsd@yahoo.com]
**Sent:** Tuesday, July 03, 2012 10:34 AM
**To:** David Dixon
**Subject:** Re: Stebbins v Legal Aid - deposition

Tell me... is this the Harrison Federal District Court, the place where Harrison federal court trials would be held? Across the street from the Northark Central Campus (your clients, Harrison natives, can probably tell you if that's true, if you aren't familiar with the map of Harrison)?

**From:** David Dixon <ddixon@davis-firm.com>
**To:** David Stebbins <stebbinsd@yahoo.com>
**Sent:** Tuesday, July 3, 2012 10:32 AM
**Subject:** Stebbins v Legal Aid - deposition

Mr. Stebbins,

This is to confirm that your attendance is required at your deposition on July 5, 2012 at 10:00 a.m., at the J. Smith Henley Federal Building, 402 North Walnut Street, Harrison, Arkansas 72601.

&lt;image001.png&gt;
**J. David Dixon**
Davis, Clark, Butt, Carithers, & Taylor, PLC
19 East Mountain St.
P.O. Box 1688
Fayetteville, AR 72702-1688
Tel: (479) 521-7600
Fax (479) 521-7661
ddixon@davis-firm.com

CONFIDENTIALITY STATEMENT
This electronic message transmission, and any prior or subsequent transmissions in the same "e-mail chain", contains information from the law firm of Davis, Clark, Butt, Carithers & Taylor, PLC, and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (479-521-7600) immediately.
Notice: Any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any tax-related matters addressed herein.