ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                                    PLAINTIFF

vs.                                      Case No. CV 11-3057

LEGAL AID OF ARKANSAS                                                  DEFENDANT

---

## RECORD OF NON-ATTENDANCE
## RE:  DEPOSITION OF DAVID STEBBINS

---

Location:    J. Smith Henley Federal Building
             402 North Walnut Street, Room 222
             Harrison, AR

Date:        Monday, July 5th, 2012

Time:        10:00 a.m.


APPEARANCES:

**ON BEHALF OF DEFENDANT:**

Mr. J. David Dixon
Davis, Clark, Butt, Carithers & Taylor
P.O. Box 1688
Fayetteville, AR  72702


**ALSO PRESENT:**  Officer Jim Sailer, Harrison Police Department


*Wisdom Court Reporting*
Lisa K. Wisdom, CCR
3458 Hwy. 221 North • Berryville, AR  72616
(870) 423-2187

EXHIBIT
C

1          MR. DIXON:  My name is David Dixon.

2    I'm here, on behalf of Legal Aid of Arkansas.  It

3    is now approximately 10:41 -- 10:42 a.m. on July

4    the 5th, 2012.  I have noticed up Plaintiff David

5    Stebbins for a deposition, and he has failed to

6    show.  I've made numerous attempts to contact

7    him, and he has failed to respond to me.

8          I am entering into the record what I'm going

9    to mark as Exhibit A, which is a Notice to Take

10   Deposition of David Stebbins, which was sent to

11   him the 21st day of June, 2012, by certified

12   mail.  I received the return receipt on that.  I

13   have spoken to him, by e-mail.  He responded to

14   me that he would be attending, but he has failed

15   to attend.

16         This is in the case of David Stebbins vs.

17   Legal Aid of Arkansas, Case Number CV-11-3057.  I

18   am now ending the deposition, but, certainly,

19   going to continue it until he possibly can

20   attend, or seek sanctions against him in court.

21   That's it.  Thank you.

22         We're back on the record.  I wanted to note,

23   for the record, that I did hire a uniform police

24   officer to be here, for security reasons.  His

25   name is Jim Sailer.  Mr. Sailer, would you please

1  identify yourself, for the record.

2          OFFICER SAILER:  My name is Jim

3  Sailer, with the Harrison Police Department.

4          MR. DIXON:  Okay.  And let the

5  record reflect that I did pay him $50 for his

6  time to be here.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                                PLAINTIFF

vs.                                    Case No. CV 11-3057

LEGAL AID OF ARKANSAS                                                        DEFENDANT

### NOTICE TO TAKE DEPOSITION

TO:    David Stebbins
       123 W. Ridge St., Apt D
       Harrison, AR 72601

Notice is hereby given that, in accordance with Rule 30 of the Federal Rules of Civil Procedure, Defendant's counsel shall take the deposition of Plaintiff David Stebbins, in regards to the above-styled cause. Said deposition will be held at the J. Smith Henley Federal Building, 402 North Walnut Street, Harrison, Arkansas 72601, in Room 222, on July 5, 2012 at 10:00 a.m. Said deposition will be taken before a court reporter who is duly qualified and commissioned as a notary public. Pursuant to Rule 30 of the Federal Rules of Civil Procedure, David Stebbins, is directed to appear and bring with him the following:

1.    Any and all documents not previously provided pertaining to the above-referenced lawsuit; including those documents responsive to Defendant's First Set of Interrogatories and Requests for Production of Documents.

This deposition shall be taken for all purposes allowed pursuant to the Federal Rules of Civil Procedure, including but not limited to Rule 32, and all other applicable Statutes or Rules of Civil Procedure or Rules of Court.



DEFENDANT'S EXHIBIT

A

Respectfully submitted,

LEGAL AID OF ARKANSAS

By:_____

       J. David Dixon              #05251
       DAVIS, CLARK, BUTT, CARITHERS
          & TAYLOR, PLC
       P.O. Box 1688
       Fayetteville, AR 72702-1688
       Telephone: (479) 521-7600
       Facsimile: (479) 521-7661
       Attorney for Defendant

## CERTIFICATE OF SERVICE

I, J. David Dixon, certify that I have served the following counsel of record in the foregoing matter with a copy of this pleading by depositing the same in the U.S. Mail, postage prepaid, this 21st day of June, 2012.

Mr. David Stebbins
123 W. Ridge St., Apt D
Harrison, AR 72601

                                   _____
                                   J. David Dixon