Exh. A

Subject: Re: Stebbins v Legal Aid - deposition
From: David Stebbins (stebbinsd@yahoo.com)
To: ddixon@davis-firm.com;
Date: Thursday, July 5, 2012 12:52 PM

Dixon,

I want you to find attached a screenshot of my yahoo calendar, proving that I truly and honestly believed that the deposition today was for 2PM, not 10AM. Notice, I had it scheduled all the way up to 9PM, due to the fact that depositions can last a maximum of seven hours, though I didn't expect you to actually take that long.

Listen, I know your frustrated, and if you can show me an attachment of the original notice you sent me (complete with some sort of proof of the date last modified), I don't blame you.

If you don't know what I'm talking about regarding "proof of the date last modified," please find attached a motion that I filed in a case completely unrelated to yours. Notice how I use the "date last modified" to prove that my request for production was legit, and that I didn't add the fourth one in after he got the original, just in an attempt to make him look bad.

Anyway, I don't have the original notice anymore (I didn't think I'd need it), but if you've modified that document since I received it, I'm going to assume you bait-and-switched me, and I won't be happy.

If, however, the document ends up being legitimately untouched since you sent it to me, I don't blame you for being upset at me.

However, blame aside, if it was my fault (and you didn't bait-and-switch me), it was still an honest-to-god mistake. That screenshot I attached proves that I thought it was scheduled for 2PM from the very beginning, and I'd be happy to reschedule.

From: David Dixon <ddixon@davis-firm.com>
To: David Stebbins <stebbinsd@yahoo.com>
Sent: Thursday, July 5, 2012 10:10 AM
Subject: Re: Stebbins v Legal Aid - deposition

Mr. Stebbins, it is now 10:07 a.m., and you have not shown for your deposition. I will continue to wait until 10:30 a.m. for you to arrive. If you fail to appear I will be seeking sanctions against you.

J. David Dixon
(Sent from my iPhone)
19 E. Mountain St.
Fayetteville, AR. 72701
479-521-7600

On Jul 3, 2012, at 12:40 PM, "David Stebbins" <                    > wrote: