Exh. D

| | |
|---|---|
| Subject: | Deposition |
| From: | David Dixon (ddixon@davis-firm.com) |
| To: | stebbinsd@yahoo.com; |
| Date: | Thursday, July 5, 2012 1:29 PM |

Mr. Stebbins,

I'm not buying your explanation, and, as far as I am concerned, the screen shot of your calendar means nothing. Find attached original notice, which plainly states that the deposition is at 10:00 a.m.; not to mention that, on Tuesday, we communicated by email that the start time was 10:00 a.m. I don't intend to return your phone calls. Any argument you have to make can be taken up with the Court.

J. David Dixon
Davis, Clark, Butt, Carithers, & Taylor, PLC
19 East Mountain St.
P.O. Box 1688
Fayetteville, AR 72702-1688
Tel: (479) 521-7600
Fax (479) 521-7661

CONFIDENTIALITY STATEMENT
This electronic message transmission, and any prior or subsequent transmissions in the same "e-mail chain", contains information from the law firm of Davis, Clark, Butt, Carithers & Taylor, PLC, and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (479-521-7600) immediately.
Notice: Any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any tax-related matters addressed herein.