Dear Ms. District Court,

I am David Stebbins, and I am writing in regards to Case Nos. 10-5125, 11-3057, 11-3078, ~~not~~ 12-3022, and 12-3032. I only have one sheet of paper so please file this on ECF for all five cases.

I am incarcerated again on a bond revocation. This is a notice of change of address.

My new address is
5800 Law Dr.
Harrison, AR 72601

David Stebbins
David Stebbins
5800 Law Dr.
Harrison, AR 72601

P.S. In case any defense counsel is reading, I require all the discovery you've*, since I wasn't allowed to take it with me. Please send it to this address.

* you've sent me in your cases.