IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                                               PLAINTIFF

vs.                                         Case No. CV 11-3057

LEGAL AID OF ARKANSAS                                                                   DEFENDANT

## MOTION FOR PARTIAL SUMMARY JUDGMENT

Comes now Defendant, Legal Aid of Arkansas ("Legal Aid"), and for its Motion For Partial Summary Judgment, states and alleges as follows:

1. Plaintiff's cause of action arises from the Title III of the Americans With Disabilities Act, which, in short, prohibits disability discrimination by private entities operating a place of public accommodation. 42 U.S.C. § 12181 et seq.

2. By his Complaint and numerous Amended Complaints, Plaintiff alleged that Legal Aid denied legal services to Plaintiff because of an alleged disability. Legal Aid has denied all substantive allegations.

3. Legal Aid moves for partial summary judgment on Plaintiff's discrimination claim and failure to modify claim.

4. Legal Aid contends that Plaintiff has failed to establish a prima facie case for his claims; that his case is based on nothing more than speculation and conjecture.

5. Plaintiff has failed to carry his burden of proof; no genuine issues of material fact exist, and Plaintiff's discrimination and failure to modify claims should be dismissed as a matter of law.

6. Attached hereto and in support hereof are the following exhibits:

Exhibit A - Excerpts from the Deposition of David Stebbins, taken August 2, 2012;

Exhibit B - Affidavit of Michael Loggains;

Exhibit C - Letter from Legal Aid of Arkansas, Inc. to David Stebbins regarding Lease/Eviction case, dated February 24, 2011.

Exhibit D - Letter from David Stebbins to Legal Aid of Arkansas, no date indicated.

Exhibit E - Letter from Legal Aid of Arkansas, Inc. to David Stebbins regarding Lease/Eviction case, dated February 28, 2011;

Exhibit F - Letter from Legal Aid of Arkansas, Inc. to David Stebbins, dated June 16, 2011;

Exhibit G - Letter from David Stebbins to Legal Aid of Arkansas, dated June 18, 2011;

Exhibit H - Letter from Legal Aid of Arkansas, Inc. to David Stebbins regarding Lease/Eviction case, dated June 20, 2011;

Exhibit I - Email from David Stebbins to Legal Aid of Arkansas regarding threats of discrimination claim, dated June 22, 2011; and

Exhibit J - Plaintiff's Response to Defendant's Interrogatories and Requests for Production of Documents, specifically Interrogatory No. 4.

7. Filed contemporaneously herewith is a brief in support of this motion, and a statement of facts in support of this motion.

WHEREFORE, Legal Aid of Arkansas prays that its Motion For Partial Summary Judgment be granted, for its attorney's fees and costs associated with the filing and argument of this motion, and for all other relief it may be entitled.

LEGAL AID OF ARKANSAS

BY: /s/ J. David Dixon
Don A. Taylor #89139
J. David Dixon #05251
DAVIS, CLARK, BUTT, CARITHERS
& TAYLOR, PLC
19 E. Mountain Street
P.O. Box 1688
Fayetteville, AR 72702-1688
Telephone: (479) 521-7600
Facsimile: (479) 521-7661
Email: ddixon@davis-firm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of September, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I hereby certify that I have mailed the document by the United States Postal Service to the following non CM/ECF participants:

Mr. David Stebbins
Boone County Jail
5800 Law Drive
Harrison, AR 72601

By: /s/ J. David Dixon
Don A. Taylor #89139
J. David Dixon #05251
DAVIS, CLARK, BUTT, CARITHERS
& TAYLOR, PLC
19 E. Mountain Street
P.O. Box 1688
Fayetteville, AR 72702-1688
Telephone: (479) 521-7600
Facsimile: (479) 521-7661
Email: ddixon@davis-firm.com