

# LEGAL AID of ARKANSAS
Equal Access to Justice

February 24, 2011

David Stebbens
1407 North Spring Road
Apt. 5
Harrison, AR 72601

RE:  *Lease/Eviction case*

Dear Mr. Stebbens,

Legal Aid has received and reviewed your application for services. I will represent you in the eviction matter which you currently face.

Enclosed please find two standard documents which you must sign and return to our office before we can provide any further assistance. Please get these back to us as soon as possible.

When you came by the office yesterday, I provided you with a copy of my letter to Stephanie Sanders, the property manager, asking for the eviction hearing to which you are entitled. If you hear anything further from Ms. Sanders or anyone else affiliated with the apartments, tell them that you have an attorney and that they should feel free to call me at any time.

With kindest personal regards, I am,

Very truly yours,

Michael Loggains
Attorney at Law



LSC
FUNDED BY
Legal Services Corporation

HARRISON
816 North Main Street, Suite B • Harrison, AR 72601
Phone: (870) 741-2454 • Fax: (870) 741-4255
Toll Free: (800) 967-9224



EXHIBIT C

NOTE TO APPLICANTS/CLIENTS: Because Legal Aid of Arkansas receives funding from the Legal Services Corporation, this statement is required pursuant to Section 45 of the Code of Federal Regulations, Part 1626.6(a). Legal assistance cannot be provided until you have signed and returned this statement to Legal Aid of Arkansas.

## CITIZENSHIP ATTESTATION

I am a citizen of the United States.

_____  
Signature

Feb. 27, 2011  
Date

David Stebbins  
Printed Name

Rev 010108

## CLIENT RETAINER AGREEMENT

I authorize:
- The attorneys of Legal Aid of Arkansas (LAA) to represent me in the following legal problem:
  Click here to enter text.
- The non-attorneys at LAA to work on my case under the immediate supervision of an attorney, where the law permits.
- My representative at LAA to do what is legally necessary in handling my case, including negotiation, litigation and administrative hearings.

Fees and Costs:
- I understand that LAA will not charge a fee for their legal representation but that I am responsible for all court costs and related litigation expenses.
- If LAA advances expenses on my behalf, I agree to reimburse LAA if I am financially able, and authorize LAA to retain such expenses out of any award that I might receive through a court or administrative agency.
- I authorize LAA or my volunteer private attorney to claim, collect and retain from the opposing party attorney's fees and litigation expenses that may be awarded by the Court or as part of a settlement agreement.

Eligibility:
- I acknowledge that the financial information I have provided to establish my eligibility for services is true and correct.
- I will notify LAA of any change in my income, household size or property.

Cooperation:
- I will notify LAA of any changes in my telephone number or mailing address and will fully cooperate with LAA in all areas related to my case.

Referral:
- I understand that my case may be referred to a private attorney who has volunteered to assist LAA and who will represent me without payment of an attorney fee and authorize LAA to release any and all information regarding my case to the private attorney volunteer.

Appeal:
- I understand that if I lose my case in court or at an administrative hearing, LAA will not automatically appeal the matter to a higher court.
- I understand that LAA will make a separate decision as to whether they will appeal my case and that this decision will be based on LAA's opinion as to whether there is merit for an appeal and whether the time expended on appeal would be a proper allocation of its limited resources.

Settlement:
- I understand that LAA will not settle my case without my approval and agree that I will not settle my case unless I have discussed the settlement with my case handler first.

Termination:
- I can end this agreement at any time by giving notice to my case handler that I no longer want LAA to represent me in my case.
- LAA may end this agreement if my eligibility status changes, if I fail to communicate with or cooperate with my case handler or for other just cause.

Complaints:
- I have a right to file a complaint with LAA if I am dissatisfied with the services provided to me or if I am found ineligible for services and understand that a copy of the formal complaint procedure will be provided to me upon request.

Disclosure to LSC:
- I understand that, subject to the provisions of the attorney-client privilege, certain information, including my name, eligibility status, etc., may be disclosed to the Legal Services Corporation or its authorized agents.

Dated this 27th day of February, 2011

_____          _____
Client Signature                    Legal Aid of Arkansas Representative