June 18, 2011

Dear Legal Aid of Arkansas,

 This is David Stebbins. I am writing (not coming in, because I am currently without a vehicle, due to an auto accident) in regards to my case against Harp & Associates.

 I should point out that I will not provide any exhibits in this fax... not because I don't feel like it, but because, as you can see, I am faxing this, and my faxing service would charge me out the butt if I were to fax anything more than three pages. You have my email address; feel free to ask for exhibits over email if you want them.

 You said that Harp has the right to refuse to renew my lease agreement, but I beg to differ. You have probably heard about employers or landlords (especially in this case, landlords) posting terms on bulletin boards or tenants' doors, announcing an intent to unilaterally modify the lease agreement, right? Typically, if a tenant remains in the apartment for a certain length of time (usually one or two billing cycles), that triggers the tenants' acceptance to the modified terms.

 You are familiar with that, right?

 Well, here is what they don't tell you: If they can do it, then so can I.

 Mr. Jenkins has been taking numerous questions of mine in an advice-only and non-representative capacity regarding a pro se matter I am currently litigating in court against my father, which is very similar in terms of "you're delving into uncharted territory regarding whether or not this is legally valid," so he might be able to answer some questions that I have not answered in this letter. If you still have questions even after reading this and asking him, feel free to contact me.

 Anyway, on March 12, 2011, I sent an email to Harp & Associates announcing *my* intention to pay $200 in the April 2011 rent, rather than the $192 that I normally pay. If they accepted that additional eight dollars, it would trigger their acceptance to a lease amendment of my own. This lease agreement stated, among other things, the following:

1. They won't evict me (including failing to renew the lease) for any reason except repeated failure to pay the rent. For anything else (e.g. keeping the place clean), they have to get a specific performance. Even for repeated failure to pay the rent, they can't evict me until they get leave from an arbitrator. Oh wait, did I forget to mention that...
2. We agree to settle all legal disputes – even those not related to the contract – to binding arbitration. This would render irrelevant – as far as the court is concerned – the above-stated provision. The validity of the above-stated provision must be determined by the arbitrator.
3. If I send them an arbitration invitation, and they do not accept it within 24 hours of receiving it, I automatically win the relief requested, without even having to go to arbitration. I like to call this provision the "forfeit victory clause."

 Well, Harp took the bait, hook line and sinker. On April 1, I went into Harp's office and handed Stephanie a check for $200. Without any exchange of words between us, she wrote the receipt for $200 (meaning that she knew exactly how much it was for) and saw me out the door. I'm not kidding. She didn't even stare awkwardly at the check for a brief moment... as if she already knew what was going to happen!

 So, when I received notice that they were not renewing my lease, I sent them an invitation to arbitrate, over email. The request to arbitrate consisted of a demand for a specific performance to stay their refusal to renew my lease, and $75,000 in damages. Would I have won those damages if I had gone to arbitration? At this point, it is irrelevant because, as you may have guessed, they didn't accept it within the 24 hour time limit.

 Therefore, on June 2, 2011, I filed a motion in Boone County Circuit Court to confirm the arbitration award. I also filed a motion for a preliminary injunction ordering them to stay their termination process until we can sort this matter out.

 I do not know the case number, but it shouldn't be too hard to find. After all, how many cases do you think were filed in 2011 in this one court which had a guy named David Stebbins as the plaintiff and Harp & Associates as the defendant? Hopefully, you should be able to find the actual documents I



EXHIBIT G

filed with the court if you want to review them. I can also email what I have; you need only ask.

One way that you can help me in a representative capacity is to represent me in this civil proceeding, attempting to confirm the arbitration award. If you help me in this one, it will probably be the last time in a long time that you have to help me like this... because I will have too many assets to qualify for your services.

Furthermore, the circuit judge is taking his dear sweet time granting this motion for a preliminary injunction. It has gotten to the point where I'm asking the AR Supreme Court for a writ of mandamus (I know you're supposed to wait at least three months for that, but in this case, I only *have* one month to wait).

If you can somehow convince the Honorable Shawn Womack to hurry it up and grant the preliminary injunction before the month is out and it's too late, then that is all I would probably need from you... and I can handle the rest myself (with Mr. Jenkin's continued advice-only assistance, of course). If you can do that *one thing*, then I hope I can handle the rest.

Alternatively, you could try to sweet-talk some kind of explanation out of Hon. Womack for me as to *why* he is taking so long! Maybe he has a perfectly good reason for allowing the termination of the lease to become active before he makes a ruling that wouldn't make any difference, then.

Whatever path you take, I implore you to reconsider your refusal to help me in this case... or at least ask a local private attorney to represent me pro bono. Either way, please don't just leave me high and dry in my hour of greatest need.

And when I say "greatest" need, I mean it. Finding another place is not a reasonable option to me, not because of money or anything, but because nobody seems to have a vacancy available! I don't know where else to turn!

Please help me... even if it is merely expediting the preliminary injunction.

Sincerely,

*David Stebbins*

David Stebbins