**LEGAL AID of ARKANSAS**
Equal Access to Justice

June 20, 2011

David Stebbens
1407 North Spring Road
Apt. 5
Harrison, AR 72601

    RE:   *Lease/Eviction case*

Dear Mr. Stebbens,

This is in regard to your fax of June 18th.

I feel I should emphasize that *you will receive no further legal assistance from Legal Aid of Arkansas on any matter*, certainly not on the matters which you are discussing in the fax. We wish you the best of luck.

With kindest personal regards, I remain,

                                   Very truly yours,

                                    Michael Loggains
                                    Attorney at Law

LSC
FUNDED BY
Legal Services Corporation

HARRISON
816 North Main Street, Suite B • Harrison, AR 72601
Phone: (870) 741-2454 • Fax: (870) 741-4265
Toll Free: (800) 967-9224


EXHIBIT H