<u>INTERROGATORY NO. 4:</u>  Describe in detail each occasion in which you allege any agent,

principal, manager, supervisor and/or employee of defendant engaged in any allegedly discriminatory

conduct as alleged in your Complaints, including the time, place, date and substance of the conduct

and the identity of each person participating in the conduct or witnessing the conduct.

<u>RESPONSE:</u> Although I do not remember the exact date, the discriminatory (as opposed to retaliatory) conduct Defendant engaged in occurred sometime in the summer of 2011. I had requested that Defendant assist me in Harp & Assoc.'s continued ~~discrimination~~ eviction attempts. Defendant reacted by first politely refusing, but after I faxed to them a letter asking for their reconsideration on the issue, they sent me a letter saying, I quote, "You will not receive any further legal assistance from Legal Aid of Kansas on <u>any matter</u>."

Obviously, I offended them somehow, and to this day, I don't know why they hate me. That is why it is discriminatory; I have Asperger Syndrome, a neurological disability that makes me tactless and socially awkward. This makes it difficult for me to do such major life activities as hold a job, make friends, get a girlfriend, etc. I'm <u>always</u> offending people when I mean to tell the truth.

Defendant's actions are discriminatory because they did not even <u>attempt</u> to provide reasonable accommodations or modifications in their policies. Micheal Loggains is the individual perpetrator of this discrimination.

-4-



EXHIBIT

J