US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

SEP 12 2012

CHRIS R. JOHNSON, Clerk
By
　　　　Deputy Clerk

11-3057

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.75 |

RE: 11-3057

Postmark
Here
9/10/12

Sent To: Sheriff Danny Hickman
Street, Apt. No.; or PO Box No. Boone Co. Jail, 5800 Law Drive
City, State, ZIP+4 Harrison, AR 72601

PS Form 3800, August 2006    See Reverse for Instructions

7008 0150 0001 5303 3240

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sheriff Danny Hickman
Boone County Jail
5800 Law Drive
Harrison, AR 72601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Kandi Wilson    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Kandi Wilson    9-11-12

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered     ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label):  7008 0150 0001 5303 3240

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509

11-3057 - RW