IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

SEP 18 2012

CHRIS R. JOHNSON, Clerk

By

Deputy Clerk

DAVID STEBBINS                                                    PLAINTIFF

VS.                              CASE NO. 11-3057

LEGAL AID OF ARKANSAS                                            DEFENDANT

## NOTICE OF CHANGE OF ADDRESS

I, *pro se* Appellant David Stebbins, do hereby certify under penalty of perjury that my

new address is listed below.

So certified this 17th day of September, 2012.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com



PRIORITY MAIL

POSTAGE REQUIRED.

**FIRMLY**



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; Oct. 2008; All rights reserved.

---



**UNITED STATES POSTAL SERVICE** ₅    **Click-N-Ship®**

**P**

usps.com
$4.90
US POSTAGE
Flat Rate Env


9405 5036 9930.0141 8461 08 0049 0001 0117 2701

**Commercial Base Pricing**

09/17/12          Mailed from 72601    062S0000001311

# USPS PRIORITY MAIL®

DAVID A STEBBINS                                    **0006**
123 W RIDGE AVE
APT D
HARRISON AR 72601-4207

SHIP
TO: U.S. DISTRICT COURT
35 E MOUNTAIN ST
STE 510
FAYETTEVILLE AR 72701-5353

**ZIP - e/ USPS DELIVERY CONFIRMATION™**



420 72701 9405 5036 9930 0141 8461 08

Electronic Rate Approved #038555749


EP14F