IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

OCT 17 2012

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

DAVID STEBBINS      PLAINTIFF

VS      CASE NO. 11-3057

LEGAL AID OF ARKANSAS      DEFENDANTS

### NOTICE OF NON-SUIT

I, *pro se* Plaintiff David Stebbins, do hereby submit the following Notice of Non-Suit.

I need a reprieve from my litigation practices to focus on securing acquittal of my felony charges. I wish to take advantage of the Arkansas Savings Statute, which entitles me one year within which to re-file this case.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

David Stebbins
123 W. Ridge St.
APT D
Harrison, AR 72601

72701385853

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72701

Justice
FOREVER