IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                          PLAINTIFF

vs.                               Case No. CV 11-3057

LEGAL AID OF ARKANSAS                             DEFENDANT

### MOTION FOR EXTENSION OF TIME TO FILE TRIAL BRIEF

Comes now Defendant, Legal Aid of Arkansas ("Legal Aid"), and for its Motion For Extension Of Time To File Trial Brief, states and alleges as follows:

1. The trial of this matter is set for November 5, 2012. (Dkt. No. 29).

2. Currently pending before the Court is the Magistrate's Report and Recommendation which recommends denying Plaintiff's two outstanding Motions for Summary Judgment, and granting Legal Aid's Motion for Partial Summary Judgment on the retaliation claim. (Dkt. No 77).

3. More recently plead, and also pending before the Court, is Legal Aid's Motion for Partial Summary Judgment on the discrimination claim (the remainder of Plaintiff's claims). (Dkt. No. 73). Plaintiff failed to respond to Legal Aid's Motion for Summary Judgment on the discrimination claim.

4. The Court's ruling on both the Magistrate's Report and Recommendation and Legal Aid's Motion for Summary Judgment on the discrimination claim will determine whether Plaintiff's case is tried or summarily dismissed, i.e., there are no other claims for the Court to decide.

5. On October 17, 2012, Plaintiff filed a Notice of Non-Suit whereby he seeks to dismiss the case voluntarily. (Dkt. No. 83).

6. Legal Aid has not yet responded to Plaintiff's Notice of Non-Suit, but intends to object to same soon.

7. Per the Court's Final Scheduling Order, the parties' respective Trial Briefs are due to the Court on October 26, 2012. (Dkt. No. 29).

8. In light of the above-referenced motions and their potential to dispose of a trial of this matter, and so to avoid incurring unneeded legal expenses, Legal Aid seeks an extension of time to file its Trial Brief with the Court to Wednesday, October 31, 2012.

9. Should the Court not have adequate time to consider the Magistrate's Report and Recommendation and Legal Aid's Motion for Summary Judgment on the discrimination claim, (Dkt. Nos. 73 and 77), by Wednesday, October 31, 2012, Legal Aid will provide its Trial Brief that same day.

10. Pursuant to Local Rule 6.2, counsel for Legal Aid has contacted Plaintiff regarding this request and Plaintiff has no objection to same.

WHEREFORE, Legal Aid of Arkansas prays that the Court grant is Motion For Extension Of Time To File Trial Brief and extend the deadline to file the Trial Brief to Wednesday, October 31, 2012; and for all other relief it may be entitled.

BY: /s/ J. David Dixon
Don A. Taylor #89139
J. David Dixon #05251
DAVIS, CLARK, BUTT, CARITHERS
& TAYLOR, PLC
19 E. Mountain Street
P.O. Box 1688
Fayetteville, AR 72702-1688
Telephone: (479) 521-7600
Facsimile: (479) 521-7661
Email: ddixon@davis-firm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 25th day of October, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I hereby certify that I have mailed the document by the United States Postal Service to the following non CM/ECF participants:

David Stebbins
123 W. Ridge St., APT. D
Harrison, AR 72601

                                      By:  /s/ J. David Dixon
                                              Don A. Taylor        #89139
                                              J. David Dixon       #05251
                                              DAVIS, CLARK, BUTT, CARITHERS
                                                  & TAYLOR, PLC
                                              19 E. Mountain Street
                                              P.O. Box 1688
                                              Fayetteville, AR 72702-1688
                                              Telephone: (479) 521-7600
                                              Facsimile: (479) 521-7661
                                              Email: ddixon@davis-firm.com