IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                                                           PLAINTIFF

vs.                                                  Case No. CV 11-3057

LEGAL AID OF ARKANSAS                                                                           DEFENDANT

### RESPONSE TO PLAINTIFF'S NOTICE OF NON-SUIT

Comes now Defendant, Legal Aid of Arkansas ("Legal Aid"), and for its Response to Plaintiff's Notice of Non-Suit, states and alleges as follows:

1. On October 17, 2012, Plaintiff filed a Notice of Non-Suit whereby he seeks to dismiss the case voluntarily. (Dkt. No. 83).

2. Plaintiff attempts to justify the dismissal by alleging that he has to focus his efforts on obtaining an acquittal of his felony charges.

3. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff's Notice of Non-Suit is treated as a Motion To Dismiss and can only be granted by court order.

4. This Court has discretion whether to grant a dismissal.

5. Dismissal of this case should be denied as Plaintiff fails to present a proper explanation for his desire to dismiss; dismissal would result in a waste of judicial time and effort; and dismissal will serve to prejudice Legal Aid.

6. Alternatively, should the Court grant Plaintiff's dismissal, it should be with prejudice.

7. Alternatively, should the Court grant Plaintiff's dismissal without prejudice, it should condition the dismissal upon Plaintiff paying the costs and attorney's fees incurred by Legal Aid in its defense of this matter if and when Plaintiff re-files this action.

8. Attached hereto is the following exhibit:

    Exhibit A -    Affidavit of Lee Richardson, Executive Director of Legal Aid; and

    Exhibit B -    Affidavit of Steven Davis.

9. Filed contemporaneously herewith is a Brief in support of this Motion.

WHEREFORE, Legal Aid of Arkansas prays that Plaintiff's Notice of Non-Suit be denied or, alternatively, be granted but with prejudice, or granted but conditioned upon Plaintiff's payment of Legal Aid's costs and attorney's fees incurred herein if and when Plaintiff re-files this action; for its attorney's fees and costs associated with the filing and argument of this Motion; and for all other relief it may be entitled.

                        LEGAL AID OF ARKANSAS

                        BY:   /s/ J. David Dixon
                            Don A. Taylor        #89139
                            J. David Dixon      #05251
                            DAVIS, CLARK, BUTT, CARITHERS
                                & TAYLOR, PLC
                            19 E. Mountain Street
                            P.O. Box 1688
                            Fayetteville, AR  72702-1688
                            Telephone: (479) 521-7600
                            Facsimile: (479) 521-7661
                            Email: ddixon@davis-firm.com

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that on this 31st day of October, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I hereby certify that I have mailed the document by the United States Postal Service to the following non CM/ECF participants:

David Stebbins  
123 W. Ridge St., APT. D  
Harrison, AR 72601

                By:  /s/ J. David Dixon  
                      Don A. Taylor      #89139  
                      J. David Dixon      #05251  
                      DAVIS, CLARK, BUTT, CARITHERS  
                          & TAYLOR, PLC  
                      19 E. Mountain Street  
                      P.O. Box 1688  
                      Fayetteville, AR  72702-1688  
                      Telephone: (479) 521-7600  
                      Facsimile: (479) 521-7661  
                      Email: ddixon@davis-firm.com