IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS											PLAINTIFF

vs.					Case No. CV 11-3057

LEGAL AID OF ARKANSAS									DEFENDANT

### AFFIDAVIT OF LEE RICHARDSON

STATE OF ARKANSAS		)
					)ss.
COUNTY OF CRAIGHEAD	)

COMES NOW, the undersigned, Lee Richardson, after first being duly sworn, states as follows, to wit:

1. I am an attorney and serve as Legal Aid of Arkansas' Executive Director. I am familiar with the above matter and have knowledge of the amount of costs and attorney's fees Legal Aid has incurred in the defense of this matter.

2. I am familiar with hourly fees an attorney charges in the State of Arkansas and with the number of hours that may be required to litigate a civil matter in Federal Court.

3. As of September 30, 2012, Legal Aid has incurred $1,262.67 in costs and $38,189.50 in attorney's fees, for a total of $39,452.17.

4. Given the circumstances of this case, i.e., Plaintiff's pro se status and his numerous unnecessary filings and discovery practice, I believe the attorney's hours and the resulting fees incurred in this matter are reasonable.

FURTHER, AFFIANT SAYETH NOT.

Dated this 29th day of October, 2012.

_____
Lee Richardson


EXHIBIT A

## VERIFICATION

STATE OF ARKANSAS )
)ss.
COUNTY OF CRAIGHEAD )

I, Lee Richardson, certify that the facts contained in the foregoing document are true and correct to the best of my knowledge, information and belief.

*Lee Richardson*

Subscribed and sworn to before me this 29 day of October, 2012.

*Notary Public*

My Commission Expires:

ANDREA WALKER
MY COMMISSION # 12361960
EXPIRES: August 24, 2017
Craighead County

2