IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                                                PLAINTIFF

vs.                                          Case No. CV 11-3057

LEGAL AID OF ARKANSAS                                                             DEFENDANT

### AFFIDAVIT OF STEVEN DAVIS

| STATE OF ARKANSAS | ) |
|---|---|
|  | )ss. |
| COUNTY OF BOONE | ) |

COMES NOW, the undersigned, Steven Davis, after first being duly sworn, states as follows, to wit:

1. I am an attorney at law duly authorized to practice law in the State of Arkansas and in the United States District Court for the Western District of Arkansas. I have been a practicing attorney for 30 years. I am familiar with hourly fees an attorney charges in the State of Arkansas.

2. I am personally familiar with the fees usually allowed defendants for the services of their attorneys in suits of the kind and nature in which this affidavit is to be filed.

3. I am familiar with the above matter and have knowledge of the amount of costs and attorney's fees Legal Aid has incurred in the defense of this matter. I have reviewed the numerous pleadings filed in this case and Legal Aid's counsel's time keeping records.

4. I am familiar with the Rule 1.5 of the Arkansas and Model Rules of Professional Conduct, dealing with reasonable attorney's fees, and, in my determination of reasonable attorney's fees, have taken into consideration the factors set forth therein, including, but not limited to:

   a. the time and labor required, the novelty and difficulty of the questions involved, and the skill requisite to perform the legal service properly;
   b. the fee customarily charged in the locality for similar legal services;
   c. the amount involved and the results obtained;
   d. the time limitations imposed by the client or by the circumstances;


EXHIBIT B

   e. the nature and length of the professional relationship with the client; and
   f. the experience, reputation, and ability of the lawyer or lawyers performing the services.

5. Based on my review, it is my opinion that Plaintiff has filed numerous unnecessary pleadings, motions and discovery requests causing the legal fees incurred in defense of this matter to be greater than would commonly be incurred in a similar civil action.

6. Based on my review, it is my opinion that Legal Aid's counsel's hourly billing rate of $175.00 is fair and reasonable; Legal Aid's costs in the amount of $1,262.67 is fair and reasonable; and that Legal Aid's attorney's fees in the amount of $38,189.50 is fair and reasonable.

FURTHER, AFFIANT SAYETH NOT.

Dated this 30th day of October, 2012.

_____
Steven Davis ABA #82049

2

## VERIFICATION

STATE OF ARKANSAS )
                  )ss.
COUNTY OF BOONE   )

I, Steven Davis, certify that the facts contained in the foregoing document are true and correct to the best of my knowledge, information and belief.

_____
Steven Davis

Subscribed and sworn to before me this 30th day of October, 2012.

_____
Notary Public

My Commission Expires:

```
EARLENE LOVELADY
NOTARY PUBLIC-STATE OF ARKANSAS
BOONE COUNTY
My Commission Expires 07-22-2020
Commission # 12377688
```

3