US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
NOV 0 2 2012
CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                                        PLAINTIFF

VS                                CASE NO. 11-3057

LEGAL AID OF ARKANSAS                                     DEFENDANTS

## REPLY TO RESPONSE TO MOTION FOR NON-SUIT

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following reply to Defendant's Response to my Motion for Non-Suit.

1. Defendants assert that they have incurred large amounts of costs and fees as a result of this action.

2. Defendants forget that they *themselves* suggested that I can dismiss this action without prejudice and have a year to re-file it. See Document #24 in this case. This Court accepted Defendant's logic fully – and invited me to file specifically this motion – in a text only order dated January 24, 2012 (the first of five entries on that day). Therefore, Defendants should not complain, as they are the ones who suggested that I do exactly what I am attempting right now.

3. If the case can only be dismissed with prejudice, I wish for the motion for non-suit to not be granted at all.

4. The Defendants should not be entitled to have their costs reimbursed upon re-file because I offered them an opportunity to settle this case without incurring any additional expense. See Exhibit A. However, the Defendants rejected it. See Exhibit B. This evidence is admissible because evidence of unaccepted offers for judgment are admissible "in a proceeding to determine costs." See Fed. R. Civ. P. 68(b).

5. At first, one probably wonders why this should cause them to forfeit the right to recover costs and/or attorneys fees. However, notice what they are doing: I offered them an opportunity

to settle the case for no net loss. Their insurance would cover it all. Therefore, the only reason they would have rejected this offer is if they were fighting for principle. Upon that being established, they clearly did not think that the costs they incurred were all that immense, since they still felt that fighting for principle was financially plausible. Thus, their fees and costs should be unrecoverable, since they do not think they were all that important.

Wherefore, premises considered, I respectfully request that the motion for non-suit be granted precisely as I requested it.

*David S. Stebbins*

David Stebbins
123 W. Ridge St.
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

Subject: New settlement offer
From: David Stebbins (stebbinsd@yahoo.com)
To: ddixon@davis-firm.com;
Date: Friday, October 19, 2012 4:42 PM

*Exh. A*

Dixon,

As you are now aware, my criminal case has gotten so messy that I had to call a ceasefire on our case. In light of these new problems that did not exist when I first filed this case against you, I'm willing to be more lenient on my settlement offer, and offer you something that will actually be within your clients' insurance coverage: $250,000.

Remember, at our deposition, you were unable to refute my claim that your clients' actions constituted retaliatory discrimination. You brought up the Federal Code of Professional Conduct, but I was also able to refute *that*. Marchewski only found in your favor by completely and pleasantly ignoring the argument I raised! Who knows how the case would actually have *ended*, especially since that issue would have been reviewed on appeal *de novo*. Your clients could end up paying me millions.

Besides, if we go through all this again (which I have every intention of doing), all your clients' legal fees will be sucked up, even if you win. That would be brutal! Even if they are awarded their costs, you won't get them back because I'm judgment proof.

Here, I'm offering you a chance to do it for no net loss. Their insurance will cover it all. This is like a plea bargain that allows your clients to just take the time already served, without even any probation or pay-for-stay costs!

Interested?

Sincerely,
David Stebbins

Subject: RE: Answers to settlement offers?

From: David Dixon (ddixon@davis-firm.com)

To: stebbinsd@yahoo.com;

Date: Tuesday, October 23, 2012 11:34 AM

*Exh. B*

Legal Aid declines your settlement offer.



CONFIDENTIALITY STATEMENT

This electronic message transmission, and any prior or subsequent transmissions in the same "e-mail chain", contains information from the law firm of Davis, Clark, Butt, Carithers & Taylor, PLC, and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (479-521-7600) immediately.

Notice: Any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any tax-related matters addressed herein.

**From:** David Stebbins [mailto:stebbinsd@yahoo.com]
**Sent:** Monday, October 22, 2012 5:15 PM
**To:** David Dixon; Jason Owens; thompson@rainfirm.com
**Subject:** Answers to settlement offers?

Hello, Defense Counsel,

Over the weekend, I contacted all of you with new settlement offers that were actually *affordable* to your

respective clients. Despite an entire business day passing, I have not heard from any of you.

I am curious about this. Is there a reason you have not responded yet? Should I take your silence as a good omen, e.g. that you are actually discussing these offers with your clients, and are seriously considering them?

I would appreciate an answer from your respective clients a.s.a.p.

Sincerely,
David Stebbins

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601

7270185353

U.S. District Court
35 E Mountain St,
Room 510
Fayetteville, AR 72701