IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                                    PLAINTIFF

v.                                    Case No. 3:11-CV-03057

LEGAL AID OF ARKANSAS                                                DEFENDANT

## JUDGMENT

For the reasons set forth in the Court's Order filed on this same date, IT IS HEREBY ORDERED AND ADJUDGED that the Magistrate's Report and Recommendation (Doc. 77) is ADOPTED, with the limited exceptions that the Court declines to adopt any finding included in the Report and Recommendation, to the extent the Magistrate made such findings, (1) that Plaintiff has Asperger's Syndrome; (2) that Legal Aid's responses to Mr. Stebbins's requests for admissions were due March 14, 2012; and (3) that Mr. Stebbins submitted a change of address to the Court on March 23, 2012.  Accordingly, Defendant's Motion for Partial Summary Judgment on Mr. Stebbins's retaliation claim (Doc. 52) is GRANTED, and Mr. Stebbins's two Motions for Partial Summary Judgment (Docs. 37 and 58) are DENIED.

IT IS FURTHER ORDERED AND ADJUDGED that Legal Aid's second Motion for Partial Summary Judgment (Doc. 73), as to Mr. Stebbins's claims for discrimination and failure to modify under the Americans with Disabilities Act, is GRANTED.

IT IS FURTHER ORDERED AND ADJUDGED that Mr. Stebbins's Motion to Non-Suit (Doc. 83) is DENIED.

IT IS FURTHER ORDERED AND ADJUDGED that, as a result of the above rulings, Mr. Stebbins's case is DISMISSED WITH PREJUDICE.  Each party is to bear its own costs and fees.

IT IS SO ORDERED AND ADJUDGED this 6th day of September, 2012.

_/s/ P. K. Holmes, III_

P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE