U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

DEC 03 2012

CHRIS R. JOHNSON, Clerk
By
 Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

**DAVID STEBBINS**                                                            **PLAINTIFF**

VS                                    **CASE NO. 11-3057**

**LEGAL AID OF ARKANSAS**                                   **DEFENDANTS**

## NOTICE OF APPEAL

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following notice of appeal.

I appeal...

1. The District Court's adverse grant of summary judgment on November 6, 2012,

2. The order depriving me of discovery, and

3. The orders denying my motions to compel discovery.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com