**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
30 South 6th Street, Room 1038
FORT SMITH, ARKANSAS  72901
(479) 783-6833  FAX (479) 783-6308

**CHRISTOPHER R. JOHNSON**
CLERK

## Notice to Counsel and Pro Se Parties re Appeal

On the 3rd day of December, 2012, a Notice of Appeal was filed in the case listed below:

3:11CV3057: David Stebbins v. Legal Aid of Arkansas

The instructions/forms indicated with an 'X' below are sent for your information/use:

  X    Notice of Appeal (for non-registered CM/ECF parties)

  X    Clerk's docket entries (for non-registered CM/ECF parties)

____   Transcript order form (if testimony was taken) (Complete separate form for each court reporter and/or ECRO if hearings held before different judicial officers.) File electronically with district clerk or conventionally, if non-registered party. **Note: CJA24 forms must be submitted conventionally to the clerk's office.**

____   Exhibit(s):
  ____   Trial/pre-trial exhibits were retained by the court and **if designated** will be forwarded by the clerk's office to the Court of Appeals.
  ____   Trial/pre-trial exhibits have been returned to counsel and appellant should submit to the Court of Appeals pursuant to 8th Circuit L.R. 10A.
  ____   Other _____

Christopher R. Johnson, Clerk