IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                        PLAINTIFF

v.                    Civil No. 11-3057

LEGAL AID OF ARKANSAS                                DEFENDANT

## **ORDER**

Plaintiff has filed a motion for leave to appeal *in forma pauperis* (Doc. 91). The motion (Doc. 91) is granted.

IT IS SO ORDERED this 6th day of December 2012.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

-1-

AO72A
(Rev. 8/82)