# U.S. COURT OF APPEALS - EIGHTH CIRCUIT
## NOA SUPPLEMENT

Please note any additions or deletions to the style of the case from the style listed on the docket sheet or attach an amended docket sheet with the final style of the case.

Western District of Arkansas  -  HARRISON  DIVISION

## 11-3057  DAVID STEBBINS  vs.  LEGAL AID OF ARKANSAS

Length of Trial:          **NONE**

Financial Status:     Fee Paid?                                   Yes        No **XX**

                If NO, has IFP been granted?         Yes **XX**      No

                Is there a pending motion for IFP?     Yes        No

Are there any other post-judgment motions?         Yes        No **XX**

Please identify the court reporter.

        If no court reporter, please check

        Name
        Address

Telephone Number

**CRIMINAL CASES ONLY:**
        Is the defendant incarcerated?                   Yes   No
Place of confinement, if known:

Please list all other defendants in this case, if there were multiple defendants.

SPECIAL COMMENTS: