# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 12-3981

David Anthony Stebbins

Appellant

v.

Legal Aid of Arkansas

Appellee

_____

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:11-cv-03057-PKH)
_____

## MANDATE

In accordance with the opinion and judgment of 05/21/2013, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 12, 2013

Clerk, U.S. Court of Appeals, Eighth Circuit