US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUL 16 2013

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

**DAVID STEBBINS**                                                    **PLAINTIFF**

VS                      CASE NO. 11-3057

**LEGAL AID OF ARKANSAS**                           **DEFENDANTS**

## NOTICE OF APPEAL

Plaintiff David Stebbins, *pro se*, hereby submits the following Notice of Appeal in the above-styled action:

The Court abused its discretion in refusing to recuse itself from the proceedings.

So notified this 15th day of July, 2013.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com



U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72701

David Stebbins
123 W. Ridge St.
APT D
Harrison, AR 72601