# UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
### WESTERN DISTRICT OF ARKANSAS
### FAYETTEVILLE DIVISION

**35 E. Mountain, Room 510**                                                              **(479) 521-6980**
**FAYETTEVILLE, ARKANSAS 72701**                                              **FAX (479) 575-0774**

## Notice to Counsel and Pro Se Parties re Appeal

On the  16th day of  July1, 2013, a Notice of Appeal was filed in the case listed below:

    11-3057  STEBBINS  vs.  LEGAL AID OF ARKANSAS

The instructions/forms indicated with an 'X' below are attached for your information/use:


\_\_XX  Notice of Appeal  (copy) (for non-registered CM/ECF parties)

\_XX\_  Clerk's docket entries  (for non-registered CM/ECF parties)

\_\_\_\_\_  Appeal Information Form A    (for **appellant** - complete and forward copies in
       duplicate to United States Court of Appeals, 8th Circuit with original to appellee)

\_\_\_\_\_  Appeal Information Form B (for **appellees** - complete after receipt of appellant's
       Form A and forward copies in duplicate to United States Court of Appeals,  8th
       Circuit with original to appellant)

\_\_\_\_\_  Transcript order form (if testimony was taken) (Complete separate form for each
       court reporter and/or ECRO if hearings held before different judicial officers.)  File
       electronically with district clerk or conventionally, if non-registered party.  **Note:**
       **CJA 24 forms must be submitted conventionally to the clerk's office**.

\_\_\_\_\_  USCA, 8th  Circuit PreHearing Conference Program notice

\_\_\_\_\_  Exhibit(s):
       _____Trial/pre-trial exhibits were retained by the court and **if designated**,
       will be forwarded by the clerk's office to the Court of Appeals.
       _____Trial/pre-trial exhibits have been returned to counsel and appellant
       should submit to the Court of Appeals pursuant to 8th Circuit L.R. 10A

\_\_\_\_\_  Other _____

                   Christopher R. Johnson, Clerk